**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Achaogen, Inc. | : | Case No. 19-10844 (BLS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Hovione Limited.**, Attn: Tiago Ferreira de Matos, Loughbeg, Ringaskiddy, Cork, County Cork, Ireland, Phone: +351-21982-9380

2. **EsteveQuimica SA.**, Attn: Manuel Lourenco and Gary Conte, Pg. de la Zona Franca 109th 4th Floor, Barcelona Spain 08036 Phone: 001 516 885 7776

3. **Solar Capital Ltd.,** Attn: Anthony Storino, 500 Park Avenue, 3rd Floor, New York, NY 10022, Phone: 646-308-8730, Fax: 212-993-1698

4. **Crystal BioScience,** Attn: Charles Berkman, 3911 Sorrento Valley Blvd, Suite 110, San Diego, CA 92121, Phone: 858-550-7500, Fax: 858-550-5639

5. **World Courier,** Attn: Christopher Keeler, 1313 Fourth Avenue, New Hyde Park, NY 11040, Phone: 516-459-9503, Fax: 516-354-3142


    ANDREW R. VARA
    Acting United States Trustee, Region 3


    /s/ *Timothy Fox* for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: April 23, 2019

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esq., Phone: 302-658-9200, Fax: 302-658-3980