**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>**Achaogen, Inc.**<br>Debtor.[1] | Chapter 11<br>Case No. 19-10844 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 1, 2019 AT 9:30 A.M. (EASTERN TIME)**

**ADJOURNED MATTER**

1. Debtor's Motion for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan, (II) Approving the Terms of the Debtors Key Employee Incentive Plan and Key Employee Retention Plan, and (III) Granting Related Relief (D.I. 27, Filed 4/15/19).

    Objection Deadline: April 26, 2019 at 4:00 p.m. (ET). Extended to April 29, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received:

    a.  Informal Comments from the United States Trustee.

    Related Documents:

    a.  Declaration of Brian L. Cumberland in Support of Debtor's Motion for Order Approving the Implementation of the Key Employee Incentive Plan and Key Employee Retention Plan (D.I. 28, Filed 4/15/19); and

    b.  Notice of Hearing Regarding Debtor's Motion for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan, (II) Approving the Terms of the Debtors Key Employee Incentive Plan and Key Employee Retention Plan, and (III) Granting Related Relief (D.I. 56, Filed 4/16/19).

    Status: The hearing on this matter has been adjourned to May 8, 2019 at 11:00 a.m. (ET).

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

**CONTESTED MATTER GOING FORWARD**

2.  Debtor's Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 30, Filed 4/15/19).

    Objection Deadline: April 26, 2019 at 4:00 p.m. (ET). Extended to April 29, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received:

    a.  Informal Comments from the United States Trustee; and

    b.  Limited Objection of AP3-SF2 CT South, LLC to Debtor's Motion for (I) An Order Pursuant To Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief (D.I. 97, Filed 4/26/19).

    Related Documents:

    a.  Notice of Hearing Regarding Debtor's Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 57, Filed 4/16/19).

    Status: This matter is going forward.

| | |
|---|---|
| Dated: April 29, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Richard L. Wynne (CA 120349)<br>*Pro hac vice* admission pending<br>Erin N. Brady (CA 215038)<br>*Pro hac vice* admission pending<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>richard.wynne@hoganlovells.com<br>erin.brady@hoganlovells.com<br><br>- and -<br><br>Christopher R. Bryant (NY 3934973)<br>*Pro hac vice* admission pending<br>John D. Beck (TX 24073898)<br>*Pro hac vice* admission pending<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>chris.bryant@hoganlovells.com<br>john.beck@hoganlovells.com<br><br>*Proposed Counsel for Debtor and Debtor in Possession* |