**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>**Achaogen, Inc.**<br>Debtor.[1] | Chapter 11<br>Case No. 19-10844 (BLS)<br>RE: D.I. 30 |

**NOTICE OF FILING OF REVISED
BIDDING PROCEDURES AND BIDDING PROCEDURES ORDER**

PLEASE TAKE NOTICE that on April 15, 2019, the Debtor filed the *Debtor's Motion for an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases;(C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief* (the "Motion") [D.I. 30], which attached as exhibits thereto are the Bidding Procedures and a proposed form of the Bidding Procedures Order.[2]

PLEASE TAKE FURTHER NOTICE that, after extensive and arms' length negotiations between and among the Debtor, Committee and DIP Lender (the "Parties"), the Parties have consensually agreed to revised Bidding Procedures and a proposed form of Bidding Procedures Order. As part of the Parties' agreement as to the revised Bidding Procedures and form of proposed Bidding Procedures Order, the Parties have agreed in principle to a

---

[1] The last four digits of Debtor's federal tax identification number are (3693). The Debtor's mailing address for purposes of this chapter 11 case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

continuance of the Final DIP Hearing until the date of the Sale Hearing. The Debtor will provide further detail regarding the Parties' agreement at the hearing scheduled for May 1, 2019.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the revised proposed form of Bidding Procedures Order. Attached hereto as **Exhibit B** is a redline of the proposed form of Bidding Procedures Order, reflecting revisions agreed to by the Parties since the version filed with the Motion on April 15, 2019. The revised Bidding Procedures Order also reflects certain changes, which the Debtor believes address the objection asserted by AP3-SF2 CT South, LLC, the Debtor's landlord.

April 30, 2019
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Derek C. Abbott
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbott@mnat.com
aremming@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

- and -

Richard L. Wynne (CA 120349)
(*admitted pro hac vice*)
Erin N. Brady (CA 215038)
(*admitted pro hac vice*)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and -

Christopher R. Bryant (NY 3934973)
(*admitted pro hac vice*)
John D. Beck (NY 4956280)
(*admitted pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Proposed Counsel for Debtor and Debtor in Possession*