IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>　　　　　　Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 8, 2019 AT 11:00 A.M. (EASTERN TIME)

ADJOURNED/RESOLVED MATTERS

1. Debtor's Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations (D.I. 7, Filed 4/15/19).

   Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations (D.I. 49, Entered 4/16/19);

   b. Notice of Hearing Regarding Debtor's Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations (D.I. 62, Filed 4/16/19);

   c. Certificate of No Objection Regarding Debtor's Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations (D.I. 131, Filed 5/2/19); and

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

  d. Final Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations (D.I. 144, Entered 5/3/19).

 Status:  An order has been entered. No hearing is necessary.

2. Motion for Entry of Interim and Final Orders (I) Authorizing Achaogen, Inc. to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief  (D.I. 13, Filed 4/15/19).

 Objection Deadline: May 1, 2019 at 4:00 p.m. (ET). Extended May 30, 2019 at 4:00 p.m. (ET) for the United States Trustee and the Official Committee of Unsecured Creditors.

 Responses Received:

  a. Informal Comments from the United States Trustee; and

  b. Informal Comments from the Official Committee of Unsecured Creditors.

 Related Pleadings:

  a. Interim Order (I) Authorizing Achaogen, Inc. to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief  (D.I. 52, Entered 4/16/19); and

  b. Notice of Hearing Regarding Motion for Entry of Interim and Final Orders (I) Authorizing Achaogen, Inc. to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (D.I. 59, Filed 4/16/19).

 Status:  The hearing on this matter has been adjourned to June 6, 2019 at 10:00 a.m. (ET).

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Assessments in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 10, Filed 4/15/19).

 Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

 Responses Received: None.

Related Pleadings:

a. Interim Order Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Assessments in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 47, Entered 4/16/19);

b. Notice of Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Assessments in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 65, Filed 4/16/19);

c. Certificate of No Objection Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Assessments in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 129, Filed 5/2/19); and

d. Final Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Assessments in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 143, Entered 5/3/19)

Status: An order has been signed. No hearing is necessary.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue Prepetition Insurance Program; (B) Pay any Prepetition Premiums and Related Obligations; and (C) Renew or Enter into New Insurance Arrangements and/or Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief (D.I. 12, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a. Interim Order (I) Authorizing Debtor to (A) Continue Prepetition Insurance Program; (B) Pay any Prepetition Premiums and Related Obligations; and (C) Renew or Enter into New Insurance Arrangements and/or Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief (D.I. 44, Entered 4/16/19);

b. Notice of Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue Prepetition Insurance Program; (B)

    Pay any Prepetition Premiums and Related Obligations; and (C) Renew or Enter into New Insurance Arrangements and/or Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief (D.I. 66, Filed 4/16/19);

  c. Certificate of No Objection Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue Prepetition Insurance Program; (B) Pay any Prepetition Premiums and Related Obligations; and (C) Renew or Enter into New Insurance Arrangements and/or Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief (D.I. 130, Filed 5/2/19); and

  d. Final Order (I) Authorizing Debtor to (A) Continue Prepetition Insurance Program; (B) Pay any Prepetition Premiums and Related Obligations; and (C) Renew or Enter into New Insurance Arrangements and/or Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief (D.I. 142, Entered 5/3/19).

 Status: An order has been signed. No hearing is necessary.

5. Debtor's Motion to File Under Seal Portions of its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 26, Filed 4/15/19).

 Objection Deadline: April 22, 2019 at 4:00 p.m. (ET).

 Responses Received:

  a. United States Trustee's Objection to Debtor's Motion to File Under Seal Portions of Its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 75, Filed 4/19/19).

 Related Pleadings:

  a. Notice of Hearing Regarding Debtor's Motion to File Under Seal Portions of its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 70, Filed 4/17/19).

 Status: The hearing on this matter has been adjourned to May 20, 2019 at 10:00 a.m. (ET).

6. Motion of Debtor for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (D.I. 85, Filed 4/24/19).

 Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

 Responses Received: None.

Related Pleadings:

a.  Certificate of No Objection Regarding Motion of Debtor for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (D.I. 132, Filed 5/2/19); and

b.  Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs (D.I. 145, Entered 5/3/19).

Status:  An order has been signed. No hearing is necessary.

UNCONTESTED MATTERS UNDER CNO/COC

7.  Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Continue its Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Maintain Existing Business Forms, (B) Authorizing and Directing the Debtor's Bank to Honor all Related Payment Requests, (C) Scheduling a Final Hearing, and (D) Granting Related Relief (D.I. 5, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a.  Interim Order (A) Authorizing the Debtor to (I) Continue its Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Maintain Existing Business Forms, (B) Authorizing and Directing the Debtor's Bank to Honor all Related Payment Requests, (C) Scheduling a Final Hearing, and (D) Granting Related Relief (D.I. 50, Entered 4/16/19);

b.  Notice of Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Continue its Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Maintain Existing Business Forms, (B) Authorizing and Directing the Debtor's Bank to Honor all Related Payment Requests, (C) Scheduling a Final Hearing, and (D) Granting Related Relief (D.I. 61, Filed 4/16/19);

c.  Certificate of Counsel Regarding Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Continue its Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Maintain Existing Business Forms, (B) Authorizing and Directing the Debtor's Bank to Honor all

        Related Payment Requests, (C) Scheduling a Final Hearing, and (D) Granting Related Relief (D.I. 146, Filed 5/3/19); and

        d.    Proposed Form of Order.

Status:  There have been no objections and a COC has been filed. No hearing is necessary.

8.    Debtor's Motion for Interim and Final Orders Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (D.I. 8, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

    a.    Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

    a.    Interim Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (D.I. 51, Entered 4/16/19);

    b.    Notice of Hearing Regarding Debtor's Motion for Interim and Final Orders Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (D.I. 60, Filed 4/16/19);

    c.    Certificate of Counsel Regarding Debtor's Motion for Interim and Final Orders Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (D.I. 149, Filed 5/3/19); and

    d.    Proposed Form of Order.

Status:  There have been no objections and a COC has been filed. No hearing is necessary.

9.    Motion of the Debtor for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 9, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a.  Interim Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 53, Entered 4/16/19);

b.  Notice of Hearing Regarding Motion of the Debtor for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 58, Filed 4/16/19);

c.  Certificate of Counsel Regarding Motion of the Debtor for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 147, Filed 5/3/19); and

d.  Proposed Form of Order.

Status:  There have been no objections and a COC has been filed. No hearing is necessary.

10. Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtor's Estate (D.I. 11, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a.  Interim Order (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtor's Estate (D.I. 45, Entered 4/16/19);

b. Notice of Hearing Regarding Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtor's Estate (D.I. 64, Filed 4/16/19);

c. Certificate of Counsel Regarding Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtor's Estate (D.I. 148, Filed 5/3/19); and

d. Proposed Form of Order.

Status: There have been no objections and a COC has been filed. No hearing is necessary.

CONTESTED MATTER GOING FORWARD

11. Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, and Other Compensation and (B) Pay Prepetition Payroll Taxes and Benefits and Continue Benefit Programs in the Ordinary Course, (II) Directing Banks to Honor Checks for Payment of Prepetition Employee Payment and Program Obligations, and (III) Granting Related Relief (D.I. 6, Filed 4/15/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

a. Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a. Interim Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, and Other Compensation and (B) Pay Prepetition Payroll Taxes and Benefits and Continue Benefit Programs in the Ordinary Course, (II) Directing Banks to Honor Checks for Payment of Prepetition Employee Payment and Program Obligations, and (III) Granting Related Relief (D.I. 46, Entered 4/16/19); and

b. Notice of Hearing Regarding Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, and Other Compensation and (B) Pay Prepetition Payroll Taxes and Benefits and Continue Benefit Programs in the Ordinary Course, (II) Directing Banks to Honor Checks for Payment of Prepetition Employee Payment and Program Obligations, and (III) Granting Related Relief (D.I. 63, Filed 4/16/19).

Status:  Prior to the hearing, the Debtor intends to file a supplement to the motion with a proposed final order approving the motion, as supplemented, attached. The hearing on this matter will go forward.

12. Debtor's Motion for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan, (II) Approving the Terms of the Debtors Key Employee Incentive Plan and Key Employee Retention Plan, and (III) Granting Related Relief (D.I. 27, Filed 4/15/19).

Objection Deadline: April 26, 2019 at 4:00 p.m. (ET). Extended to May 3, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

a. Informal Comments from the United States Trustee; and

b. Informal Comments from the Official Committee of Unsecured Creditors.

Related Documents:

a. Declaration of Brian L. Cumberland in Support of Debtor's Motion for Order Approving the Implementation of the Key Employee Incentive Plan and Key Employee Retention Plan (D.I. 28, Filed 4/15/19); and

b. Notice of Hearing Regarding Debtor's Motion for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan, (II) Approving the Terms of the Debtors Key Employee Incentive Plan and Key Employee Retention Plan, and (III) Granting Related Relief (D.I. 56, Filed 4/16/19).

Status:  The hearing on this matter will go forward.

13. Debtor's Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Cassel Salpeter & Co., LLC as Investment Banker, *Nunc Pro Tunc* to the Petition Date (D.I. 71, Filed 4/17/19).

Objection Deadline: May 1, 2019 at 4:00 p.m. (ET).

Responses Received:

a. Informal Comments from the United States Trustee.

Related Pleadings: None.

Status:  This matter will be going forward.

| | |
|---|---|
| Dated: May 6, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Matthew O. Talmo*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

- and -

Richard L. Wynne (CA 120349) *admitted pro hac vice*
Erin N. Brady (CA 215038) *admitted pro hac vice*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and -

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Proposed Counsel for Debtor and Debtor in Possession*