# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 20, 2019 AT 11:00 A.M. (EASTERN TIME)

**RESOLVED MATTERS**

1. Debtor's Motion Pursuant to Sections 105(a), 327, 328, 330 and 363 of the Bankruptcy Code for an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business (D.I. 106, Filed 4/29/19).

   Objection Deadline: May 13, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a. Certificate of No Objection Regarding Debtor's Motion Pursuant to Sections 105(a), 327, 328, 330 and 363 of the Bankruptcy Code for an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business (D.I. 178, Filed 5/14/19); and

   b. Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business (D.I. 181, Entered 5/15/19).

   Status: An order has been entered regarding this matter. No hearing is necessary.

2. Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date (D.I. 107, Filed 4/29/19).

   Objection Deadline: May 13, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

Related Pleadings:

a. Certificate of No Objection Regarding Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date (D.I. 179, Filed 5/14/19); and

b. Order Authorizing the Debtor to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective Nunc Pro Tunc to the Petition Date (D.I. 180, Entered 5/15/19).

Status: An order has been entered regarding this matter. No hearing is necessary.

## UNCONTESTED MATTERS UNDER CETIFICATE/CERTIFICATION

3. Debtor's Application to (I) Employ and Retain MERU, LLC and (II) Designate Nicholas K. Campbell as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date (D.I. 103, Filed 4/29/19).

   Objection Deadline: May 13, 2019 at 4:00 p.m. (ET). Extended to May 14, 2019 at 4:00 p.m. (ET) for the United States Trustee. Extended to May 17, 2019 at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors.

   Responses Received:

   a. Informal Comments from the United States Trustee and

   b. Informal Comments from the Official Committee of Unsecured Creditors.

   Related Pleadings:

   a. Certification of Counsel Regarding Debtor's Application to (I) Employ and Retain MERU, LLC and (II) Designate Nicholas K. Campbell as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date (D.I. 183, Filed 5/16/19); and

   b. Proposed Form of Order.

   Status: The informal comments have been resolved and a COC has been filed.

4. Debtor's Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (D.I. 104, Filed 4/29/19).

Objection Deadline: May 13, 2019 at 4:00 p.m. (ET). Extended to May 14, 2019 at 4:00 p.m. (ET) for the United States Trustee. Extended to May 17, 2019 at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors.

Responses Received:

a.  Informal Comments from the United States Trustee; and

b.  Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a.  Certification of Counsel Regarding Debtor's Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (D.I. 184, Filed 5/16/19); and

b.  Proposed Form of Order.

Status:  The informal comments have been resolved and a COC has been filed.

5.  Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Hogan Lovells US LLP as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date and Statement Required by Bankruptcy Code Section 329 (D.I. 105, Filed 4/29/19).

Objection Deadline: May 13, 2019 at 4:00 p.m. (ET). Extended to May 14, 2019 at 4:00 p.m. (ET) for the United States Trustee. Extended to May 17, 2019 at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors.

Responses Received:

a.  Informal Comments from the United States Trustee; and

b.  Informal Comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a.  Certification of Counsel Regarding Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Hogan Lovells US LLP as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date and Statement Required by Bankruptcy Code Section 329 (D.I. 185, Filed 5/16/19); and

b.  Proposed Form of Order.

Status:  The informal comments have been resolved and a COC has been filed.

6. Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 125, Filed 5/1/19).

    Objection Deadline: May 13, 2019 at 4:00 p.m. (ET). Extended to May 14, 2019 at 4:00 p.m. (ET) for the United States Trustee.

    Responses Received:

    a. Informal Comments from the United States Trustee.

    Related Pleadings:

    a. Certification of Counsel Regarding Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 182, Filed 5/16/19); and

    b. Proposed Form of Order.

    Status:  The informal comments have been resolved and a COC has been filed.

**CONTESTED MATTER GOING FORWARD**

7. Debtor's Motion to File Under Seal Portions of its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 26, Filed 4/15/19).

    Objection Deadline: April 22, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a. United States Trustee's Objection to Debtor's Motion to File Under Seal Portions of Its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 75, Filed 4/19/19).

    Related Pleadings:

    a. Notice of Hearing Regarding Debtor's Motion to File Under Seal Portions of its Creditor Matrix Containing Certain Individual Creditor Information (D.I. 70, Filed 4/17/19).

    Status:  The hearing on this matter will go forward.

Dated: May 16, 2019　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　*/s/ Paige N. Topper*
　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　Andrew R. Remming (No. 5120)
　　　　　　　　　　　　　　Matthew O. Talmo (No. 6333)
　　　　　　　　　　　　　　Paige N. Topper (No. 6470)
　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　Wilmington, Delaware 19899-1347
　　　　　　　　　　　　　　Tel.: (302) 658-9200
　　　　　　　　　　　　　　Fax: (302) 658-3989
　　　　　　　　　　　　　　rdehney@mnat.com
　　　　　　　　　　　　　　aremming@mnat.com
　　　　　　　　　　　　　　mtalmo@mnat.com
　　　　　　　　　　　　　　ptopper@mnat.com

　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　Richard L. Wynne (CA 120349) *admitted pro hac vice*
　　　　　　　　　　　　　　Erin N. Brady (CA 215038) *admitted pro hac vice*
　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　1999 Avenue of the Stars, Suite 1400
　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　Telephone: (310) 785-4600
　　　　　　　　　　　　　　Facsimile: (310) 785-4601
　　　　　　　　　　　　　　richard.wynne@hoganlovells.com
　　　　　　　　　　　　　　erin.brady@hoganlovells.com

　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
　　　　　　　　　　　　　　John D. Beck (TX 24073898) *admitted pro hac vice*
　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　Telephone: (212) 918-3000
　　　　　　　　　　　　　　Facsimile: (212) 918-3100
　　　　　　　　　　　　　　chris.bryant@hoganlovells.com
　　　　　　　　　　　　　　john.beck@hoganlovells.com

　　　　　　　　　　　　　　*Proposed Counsel for Debtor and Debtor in Possession*