**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**Achaogen, Inc.**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS)<br><br>**Re: D.I. 123** |

## NOTICE OF REVISED BID DEADLINE

**PLEASE TAKE NOTICE** that on May 1, 2019, the Bankruptcy Court entered the *Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment, Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times and Places in Connection Therewith; and (E) Granting Related Relief* (D.I. 123) (the "Bidding Procedures Order"). The Bidding Procedures Order approved, among other things, the implementation of the Debtor's Bidding Procedures[2] in connection with the disposition of all or substantially all of the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order established the Bid Deadline as May 29, 2019 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtor, in accordance with the Bidding Procedures Order and in consultation with the DIP Lender and Committee, has extended the Bid Deadline to **May 30, 2019 at 4:00 p.m. (prevailing Eastern Time)**.[3]

**PLEASE TAKE FURTHER NOTICE** that except as set forth in this Notice, the terms and conditions of the Bidding Procedures and Bidding Procedures Order remain in full force and effect and shall control in the event of any conflict. The Debtor encourages you and other parties in interest to review such documents in their entirety and consult an attorney if you have questions or want advice.

---

[1] The last four digits of Debtor's federal tax identification number are (3693). The Debtor's mailing address for purposes of this chapter 11 case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

[3] The Bidding Procedures Order permits the Debtor, in consultation with the DIP Lender and Committee, to modify the Bidding Procedures under certain circumstances set forth therein.

\\NY - 750729/000007 - 9815147 v2

| | |
|---|---|
| May 28, 2019<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>dabbott@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Richard L. Wynne (CA 120349)<br>(*admitted pro hac vice*)<br>Erin N. Brady (CA 215038)<br>(*admitted pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>richard.wynne@hoganlovells.com<br>erin.brady@hoganlovells.com<br><br>- and -<br><br>Christopher R. Bryant (NY 3934973)<br>(*admitted pro hac vice*)<br>John D. Beck (NY 4956280)<br>(*admitted pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>chris.bryant@hoganlovells.com<br>john.beck@hoganlovells.com<br>*Counsel for Debtor and Debtor in Possession* |

\\NY - 750729/000007 - 9815147 v2