IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**Achaogen, Inc.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

### ORDER APPROVING THE STIPULATION AND AMENDING
### THE BIDDING PROCEDURES ORDER AND INTERIM DIP ORDERS

This matter coming before the Court[2] on the *Certification of Counsel in Support of Entry of Order Approving the Stipulation and Amending the Bidding Procedures Order and Interim DIP Orders* (the "Certification") and the *Stipulation Regarding Revised Deadlines and Respective Rights Under the Bidding Procedures Order and Interim DIP Orders* (the "Stipulation"). Upon consideration of the Stipulation, Certification and all related pleadings; it appearing that the relief requested in the Stipulation is in the best interest of the Debtor's estate, its creditors and other parties in interest; notice of the Stipulation being sufficient under the circumstances and there being no need for further notice; and the Court, upon due deliberation, having found that "cause" exists to approve the Stipulation, it is hereby **ORDERED**:

1. The Stipulation, attached hereto as **Exhibit 1**, is APPROVED.

2. This Order shall be effective immediately upon entry.

3. Upon entry of this Order, the Bidding Procedures Order and Interim DIP Orders shall be deemed amended to the extent expressly set forth in the Stipulation.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Stipulation.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

_June 3_, 2019
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE