# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **Achaogen, Inc.** | Case No. 19-10844 (BLS) |
| Debtor.[1] | **Re: D.I. 30, 123, 266 & 285** |

## NOTICE OF FILING OF (I) CIPLA SALE AGREEMENTS AND (II) UNITY SALE AGREEMENT

       **PLEASE TAKE NOTICE** that on April 15, 2019, the Debtor filed its *Motion for an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment, Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief* (D.I. 30) (the "Sale Motion").[2]

       **PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order (D.I. 123), the Debtor commenced an Auction for substantially all of its assets on June 3, 2019, at 10:00 a.m. (prevailing Pacific Time).

       **PLEASE TAKE FURTHER NOTICE** that on June 13, 2019, the Debtor filed the *Notice of Completion of Auction and Selection of Successful Bidders* (D.I. 266) (the "Notice of Auction Results").

       **PLEASE TAKE FURTHER NOTICE** that on June 18, 2019, the Debtor filed the *Notice of Completion of C-Scape Auction and Selection of Successful Bidder* (D.I. 285) (the "Notice of C-Scape Auction Results").

       **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Notice of Auction Results, attached hereto as **Exhibit A** is the asset purchase agreement dated June 20, 2019, between the Debtor and Cipla USA, Inc. (the "Cipla Plazomicin Sale Agreement").

---

[1]     The last four digits of Debtor's federal tax identification number are (3693). The Debtor's mailing address for purposes of this chapter 11 case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

[2]     Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Notice of C-Scape Auction Results, attached hereto as **Exhibit B** is the asset purchase agreement dated June 20, 2019, between the Debtor and Cipla USA, Inc. (the "Cipla C-Scape Sale Agreement", and together with the Cipla Plazomicin Sale Agreement, the "Cipla Sale Agreements").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Notice of Auction Results, attached hereto as **Exhibit C** asset purchase agreement dated June 21, 2019, between the Debtor and Unity Biotechnology, Inc. (the "Unity Sale Agreement," and together with the Cipla Sale Agreements, the "Sale Agreements").

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves all rights to modify the attached Sale Agreements at or before the Sale Hearing.

| | |
|---|---|
| Dated: June 22, 2019<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>dabbott@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Richard L. Wynne (CA 120349)<br>(*admitted pro hac vice*)<br>Erin N. Brady (CA 215038)<br>(*admitted pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>richard.wynne@hoganlovells.com<br>erin.brady@hoganlovells.com<br><br>- and - |

Christopher R. Bryant (NY 3934973)
(*admitted pro hac vice*)
John D. Beck (NY 4956280)
(*admitted pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*