## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JULY 12, 2019 AT 11:00 A.M. (EASTERN TIME)

CONTESTED MATTER GOING FORWARD

1. Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Equipment Leases and (II) Granting Related Relief [Docket No. 338. Filed 07/09/12].

    Objection Deadline: At or before the hearing.

    Responses Received: None as of the filing of this Agenda.

    Related Pleadings:

    a. Order Shortening Notice of Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Equipment Leases and (II) Granting Related Relief [Docket No. 340. Entered 07/10/12].

    Status: The hearing on this matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

| | |
|---|---|
| Dated: July 10, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Richard L. Wynne (CA 120349) *admitted pro hac vice*<br>Erin N. Brady (CA 215038) *admitted pro hac vice*<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>richard.wynne@hoganlovells.com<br>erin.brady@hoganlovells.com<br><br>- and -<br><br>Christopher R. Bryant (NY 3934973) *admitted pro hac vice*<br>John D. Beck (TX 24073898) *admitted pro hac vice*<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>chris.bryant@hoganlovells.com<br>john.beck@hoganlovells.com<br><br>*Counsel for Debtor and Debtor in Possession* |