**<u>EXHIBIT A</u>**

**AMENDMENT NO. 1 TO CIPLA PLAZOMICIN SALE AGREEMENT**

# AMENDMENT NO. 1 TO
# ASSET PURCHASE AGREEMENT
## (Plazomicin)

This Amendment No. 1 (this "Amendment") to the Asset Purchase Agreement dated as of June 20, 2019, by and between Achaogen, Inc., a Delaware corporation (the "Seller"), and Cipla USA Inc., a Delaware corporation (the "Purchaser"), is made as of June 28, 2019. Purchaser and Seller are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

WHEREAS, Purchaser and Seller wish to amend the Asset Purchase Agreement in the manner set forth in this Amendment.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and agreements contained in the Asset Purchase Agreement and this Amendment and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and agreed, and intending to be legally bound hereby, the Parties hereby agree as follows:

**Section 1.**    Amendments to the Asset Purchase Agreement.

(a)    The definition of "Hovione Release" in Section 1.1 is hereby amended and restated to read as follows:

""Hovione Release" means (a) the written, unconditional release by Hovione, its Affiliates and Subsidiaries, and all of their respective current and former officers, directors, principals, employees, members, managers, advisors, attorneys, financial advisors, investment bankers, or agents, of all of their Claims, including all Claims arising from or in connection with the Hovione Agreement, the rejection by the Seller of the Hovione Agreement, and the Business, against the Seller, its estate, Affiliates and Subsidiaries, and all of their respective current and former officers, directors, principals, employees, members, managers, advisors, attorneys, financial advisors, investment bankers, or agents, in form and substance satisfactory to the Seller; or (b) a substantially similar release of all Claims arising from or in connection with the Hovione Agreement that goes into effect under the Sale Order as a result of the effectiveness of the New Hovione Agreement. The language set forth in Exhibit D to this Agreement shall be deemed sufficient for the Hovione Release if included in the Sale Order."

(b)    Section 2.1(b) is hereby amended and restated to read as follows:

Equipment. The IT and computer equipment set forth on Schedule 2.1(b) hereto.

(c)    The amount "$4,650,000" set forth in Section 2.5(a) is hereby deleted and replaced with "4,800,000".

(d)      The date "June 28, 2019" set forth in <u>Section 2.8</u> is hereby deleted and replaced with "July 18, 2019".

(e)      <u>Section 5.9(b)(i)</u> is hereby amended and restated to read as follows:

"(i)      cause the Bankruptcy Court to enter the Sale Order by no later than 11:59 p.m. prevailing Eastern time on July 18, 2019, subject to the second sentence of <u>Section 10.2</u>; and"

(f)      <u>Section 5.9(b)(ii)</u> is hereby amended and restated to read as follows:

"(ii)     consummate the Closing as promptly as practicable after entry of the Sale Order, but in no event later than 11:59 p.m. prevailing Pacific time on or before July 19, 2019 (the "<u>Outside Date</u>")."

(g)      The last sentence of <u>Section 5.11(a)</u> is hereby deleted in its entirety.

(h)      <u>Section 6.2(f)</u> is hereby amended and restated to read as follows:

"<u>Hovione Release</u>. The Hovione Release must have been granted by Hovione or gone into effect under the Sale Order."

(i)      A new <u>Section 5.17(h)</u> is hereby added as follows:

"(h)     At the cost and expense of the Purchaser, promptly after the Closing, the Seller shall extract and otherwise cause all Purchased Assets that are stored or maintained by Box, Inc. to be transferred to the Purchaser or its designees."

(j)      The references to "<u>Section 5.13</u>" in the first and second sentences of <u>Section 7.2(d)</u> are hereby replaced with "<u>Section 5.12</u>".

(k)      The third sentence of <u>Section 10.5</u> is hereby amended and restated to read as follows:

"The Purchaser may designate one or more Affiliates, including any special purpose entities that may be organized by the Purchaser for such purpose, to take title to or hold on behalf of the Purchaser, the Purchased Assets or any portion thereof and operate the business going forward, and upon written notice to the Seller of any such designation by the Purchaser, the Seller, at the cost and expense of the Purchaser, agrees to and/or cause its Affiliates to (as the case may be) provide all such assistance as may be reasonably required by the Purchaser in this regard and execute and deliver all instruments of transfer with respect to the Purchased Assets directly to, and in the name of, the Purchaser's designees."

(l)      Exhibit D attached to this Amendment is hereby added to the Asset Purchase Agreement and the Table of Contents thereof.

(m)     Schedule 2.1(b) attached to this Amendment is hereby added to the Asset Purchase Agreement and the Table of Contents thereof.

(n)     Schedule 2.1(c) of the Asset Purchase Agreement is hereby amended and restated in its entirety with Schedule 2.1(c) attached to this Amendment.

**Section 2.**    Limited Amendment.  Except as specifically provided in this Amendment and as the context of this Amendment otherwise may require to give effect to the intent and purposes of this Amendment, the Asset Purchase Agreement shall remain in full force and effect. This Amendment is limited precisely as drafted and shall not constitute a modification, acceptance or waiver of any other provision of the Asset Purchase Agreement.

**Section 3.**    Facsimile Signature; Counterparts.  Facsimile or electronic transmission in portable document format of any signed original document or retransmission of any signed facsimile or electronic transmission in portable document format will be deemed the same as delivery of an original. This Amendment may be executed in one or more counterparts, each of which when executed shall be deemed to be an original, but all of which shall constitute but one and the same agreement. Until and unless each Party to this Amendment has received a counterpart hereof signed by the other Parties, this Amendment shall have no effect and no Party to this Amendment shall have any obligation or right hereunder (whether by virtue of any other oral or written agreement or other communication).

**Section 4.**    Governing Law.  THIS AMENDMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF DELAWARE, WITHOUT REGARD TO ANY CONFLICTS OF LAW PROVISIONS WHICH WOULD REQUIRE THE APPLICATION OF THE LAW OF ANY OTHER JURISDICTION.

[SIGNATURES APPEAR ON THE FOLLOWING PAGES]

The Parties have executed and delivered this Amendment on the last date set forth in the preamble hereto.

SELLER:

ACHAOGEN, INC.

By: _____

Name:  Blake Wise
Title:   Chief Executive Officer

The Parties have executed and delivered this Amendment on the last date set forth in the preamble hereto.

**PURCHASER:**

CIPLA USA INC.

By: _Nikhil Lalwani_
76F968D6A5CB45E...

Name:  Nikhil Lalwani

Title:  CEO – Cipla USA

**EXHIBIT D**

**HOVIONE RELEASE LANGUAGE IN SALE ORDER**

**Rejection of Hovione Agreement; Release of Hovione Claims**.  As agreed between the Debtor and Hovione Limited ("Hovione"), upon the effectiveness of a new supply agreement (which effectiveness shall occur no later than the Closing of the Sale to Buyer)  between Hovione and Buyer reflecting the terms agreed to between Hovione and Buyer at the Auction and otherwise reflecting the terms agreed to by Hovione and Buyer (the "New Hovione Agreement"), the Validation and Manufacturing Agreement, dated March 6, 2017, between the Debtor and Hovione, and all Work Plans (as defined therein), and all other agreements, instruments, or documents entered into or delivered in connection therewith, as any of the foregoing may have been amended, modified, or supplemented (the "Existing Hovione Agreement") shall automatically be rejected by the Debtor pursuant to section 365 of the Bankruptcy Code.  As further agreed between the Debtor and Hovione, upon the effectiveness of the New Hovione Agreement, (i) Hovione, its affiliates and subsidiaries, and all of their respective current and former officers, directors, principals, employees, members, managers, advisors, attorneys, financial advisors, investment bankers, or agents (collectively, the "Hovione Parties"), by way of this Sale Order, unconditionally release the Debtor, its estate, affiliates and subsidiaries, and all of their respective current and former officers, directors, principals, employees, members, managers, advisors, attorneys, financial advisors, investment bankers, and agents (collectively, the "Debtor Parties") and (ii) the Debtor Parties, by way of this Sale Order, unconditionally release the Hovione Parties, in each case from any and all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action, and liabilities whatsoever in connection with, or in any way relating to, the Debtor, the business or the Debtor's conduct thereof, or the Chapter 11 Case, including, without limitation, arising from or in connection with the Existing Hovione Agreement, the rejection by the Debtor of the Existing Hovione Agreement, the New Hovione Agreement, and any claims arising or which may otherwise be asserted under chapter 5 of the Bankruptcy Code, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising, in law, equity, or otherwise, whether for tort, contract, violation of federal or state securities law or otherwise, that are based in whole or part on any act, omission, transaction, event, or other occurrence taking place on or prior to the date of entry of this Sale Order.  Notwithstanding anything else herein to the contrary, if the New Hovione Agreement has not become effective as of the Closing of the Sale to Buyer under the Sale Agreement, Hovione's rights to assert Claims against the Debtor with respect to the rejection of the Existing Hovione Agreement are and shall be fully preserved.  Any Product (as defined in the Existing Hovione Agreement) and other materials in Hovione's possession as of the date of this Sale Order (including in any Hovione warehouse) is the exclusive property of Hovione and is not property of the Debtor's estate, nor is it a Purchased Asset under the Sale Agreement; provided, however, that notwithstanding anything to the contrary contained herein, Batch number seventeen (17), designated as "17KJ01.HQ00018," shall be the sole and exclusive property of Buyer and shall be deemed to be Purchased Asset under the Sale Agreement.  On the Closing Date under the Sale Agreement, Hovione shall deliver such Batch at the location designated by Buyer and Buyer shall reimburse Hovione for any delivery fees (evidenced by documentary records) relating to such Batch after such delivery.

**SCHEDULE 2.1(B)**

**IT EQUIPMENT AND INFRASTRUCTURE**

| IT Equipment | Qty Needed | Price |
|---|:---:|:---:|
| Macbook Air 13 | 8 | $4,800.00 |
| DELL XPS 13 | 7 | $4,200.00 |
| Apple IPAD Pro | 4 | $2,000.00 |
| Cisco Meraki MX250 Firewalls | 2 | $7,348.00 |
| Cisco Meraki MS350-24FP Switches | 2 | $6,500.00 |
| Netgear MX4300-24X24F Switches | 3 | $7,098.00 |
| Dell PowerEdge R740xd Servers | 6 | $94,397.00 |
| Synology RS3617xs+ Storage Appliances | 2 | $6,921.00 |
| Synology RX1217RP Storage Appliance | 1 | $1,750.00 |
| TrippLite KVM console | 1 | $150.00 |
| APC power distribution units | 2 | $150.00 |
| A few boxes containing various power and network cables | 1 | $100.00 |
| CiscoASA_5525-X | 1 | $4,500.00 |
| Cohesity NAS | 1 | $10,000.00 |
| Rounding | - | $86.00 |
| **TOTAL Purchase Price to Buyer (excluding S&H fees)** | | **$150,000** |

## SCHEDULE 2.1(C)

## COMPANY OWNED INTELLECTUAL PROPERTY

## I.   PATENTS

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| United States of America | 60/989,645 11/21/2007 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| Austria | E-841756 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Australia | 2008326297 11/21/2008 | | 2008326297 02/21/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Belgium | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Bulgaria | | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Brazil | PI0819319-3 11/21/2008 | PI0819319-3 | PI0819319-3 1/15/2019 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Canada | 2706369 11/21/2008 | | 2706369 03/25/2014 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Switzerland | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| China | 200880117193.1 11/21/2008 | 101868472A | ZL 200880117193.1 05/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Cyprus | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Czech Republic | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Germany | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Denmark | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL | Achaogen, Inc. | Registered/Validation of EP |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| | | | | AMINOGLYCOSIDE ANALOGS | | patent |
| Eurasian Patent Organization | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validated (Validated Armenia, Azerbaijan, Belarus, Kazakhstan, Kyrgyzstan, Russia, Moldova, Tajikistan, Turkmenistan.  Each regional patent listed herein.) |
| Armenia | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Azerbaijan | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Belarus | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Kazakhstan | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Kyrgyzstan | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Russia, | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Moldova | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Tajikistan | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Turkmenistan | 201070597 11/21/2008 | | 017824 03/29/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EA patent |
| Estonia | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| European Patent Office | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validated (Validated in AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK,TR.  Each regional patent listed herein.) |
| Spain | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL | Achaogen, Inc. | Registered/Validation of EP |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| | | | | AMINOGLYCOSIDE ANALOGS | | patent |
| Finland | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| France | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| United Kingdom | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Greece | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Hong Kong | 11101563.2 11/21/2008 | 1147499 | HK1147499 01/26/2018 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered (via EP) |
| Croatia | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Hungary | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Ireland | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Israel | 205880 11/21/2008 | | 205880 02/01/2014 | AMINOGLYCOSIDE ANALOGS, COMPOSITIONS COMPRISING THE SAME AND USES THEREOF | Achaogen, Inc. | Registered |
| India | 4165/DELNP/2010 11/21/2008 | | 282636 04/20/2017 | NOVEL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Registered |
| Iceland | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Italy | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Japan | 2010-535103 11/21/2008 | 2011-504508 | 4986310 05/11/2012 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Republic of Korea | 10-2010-7012835 11/21/2008 | 10-2010-0110297 | 10-1296099 08/07/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| Lithuania | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Luxembourg | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Latvia | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Monaco | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Malta | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Mexico | MX/a/2010/005632 11/21/2008 | | 333945 10/12/2015 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Netherlands | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Norway | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Poland | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Portugal | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Romania | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Sweden | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Slovenia | | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Slovakia | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Turkey | 08851633.1 11/21/2008 | 2217610 | 2217610 11/02/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered/Validation of EP patent |
| Taiwan | 097145246 11/21/2008 | 200927146 | I425947 02/11/2014 | ANTIBACTERIAL AMINOGLYCOSIDE | Achaogen, Inc. | Registered |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| | | | | ANALOGS | | |
| United States of America | 12/487,427 06/18/2009 | US 2010-0099661 A1 | 8,383,596 02/26/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Patent Cooperation Treaty | PCT/US2008/084399 11/21/2008 | WO 2009/067692 | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired/PCT Period Over |
| Brazil | BR1220180705035 11/21/2008 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Pending |
| China | 201310142186.X 11/21/2008 | 103360440A | ZL 201310142186.X 08/31/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| European Patent Office | 16195678.4 11/21/2008 | 3150617 | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Pending |
| United States of America | 13/734,729 01/04/2013 | US 2013-0217642 A1 | 8,822,424 09/02/2014 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| United States of America | 14/334,511 07/17/2014 | US 2015-0045317 A1 | 9,266,919 02/23/2016 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| United States of America | 15/001,797 01/20/2016 | US 2016-0368942 A1 | 9,688,711 06/27/2017 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| United States of America | 16/360,663 03/21/2019 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Pending |
| United States of America | 61/178,809 05/15/2009 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 61/312,349 03/10/2010 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 13/295,247 05/14/2010 | US 2012-0135948 A1 | 8,524,689 09/03/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Patent Cooperation Treaty | PCT/US2010/034884 05/14/2010 | WO 2010/132757 | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | | Expired |
| United States of America | 61/178,814 05/15/2009 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 61/312,351 03/10/2010 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of | 13/295,238 | US 2012-0135946 | 8,658,606 | ANTIBACTERIAL | Achaogen, Inc. | Registered |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| America | 11/14/2011 | A1 | 02/25/2014 | AMINOGLYCOSIDE ANALOGS | | |
| Patent Cooperation Treaty | PCT US2010/034886 05/14/2010 | WO 2010/132759 | | ANTIBACTERIAL DERIVATIVES OF DIBEKACIN | Achaogen, Inc. | Expired PCT Period Over |
| United States of America | 61/178,826 05/15/2009 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 61/312,353 03/10/2010 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 13/295,233 05/14/2010 | US 2012- 0135945 A1 | 8,653,042 02/18/2014 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Patent Cooperation Treaty | PCT/US2010/034888 05/14/2010 | WO 2010/132760 | | ANTIBACTERIAL DERIVATIVES OF TOBRAMYCIN | | Expired/PCT Period Over |
| United States of America | 61/178,854 05/15/2009 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 61/312,354 03/10/2010 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 13/295,231 05/14/2010 | US 2012- 0165282A1 | 8,524,675 09/03/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Registered |
| Patent Cooperation Treaty | PCT/US2010/034893 05/14/2010 | WO 2010/132765 | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired/PCT Period Over |
| United States of America | 61/178,834 05/15/2009 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 61/312,356 03/10/2010 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Expired |
| United States of America | 13/295,227 05/14/2010 | US 2012-0184501 A1 | 8,492,354 07/23/2013 | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Surrendered in favor of Reissue Application No. 16/009,020 |
| Patent Cooperation Treaty | PCT/US2010/034896 05/14/2010 | WO 2010/132768 | | ANTIBACTERIAL DERIVATIVES OF SISOMICIN | | Expired/PCT Period Over |
| United States of America | 16/009,020 06/14/2018 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc. | Pending |
| United States of America | 61/178,461 05/14/2009 | | | TREATMENT OF KLEBSIELLA PNEUMONIAE | Achaogen, Inc. | Expired |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| | | | | INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | | |
| United States of America | 61/305,463 02/17/2010 | | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Expired |
| Canada | 2761674 05/14/2010 | | 2761674 11/29/2016 | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Registered |
| China | 201080031078.X 05/14/2010 | 102481307A | ZL 201080031078.X 08/24/2016 | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Registered |
| Hong Kong | 12111406.1 05/14/2010 | 1170663 | 1170663 11/17/2017 | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Registered |
| Macau | J/002404(132) 05/14/2010 | | J/002404 01/24/2017 | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Registered |
| United States of America | 13/294,426 11/11/2011 | US 2012-0214759 A1 | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Abandoned/Withdrawn from appeal |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| United States of America | 16/240,370 1/4/2019 | | | ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Pending |
| Patent Cooperation Treaty | PCT/US2010/034898 05/14/2010 | WO 2010/132770 | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Expired/PCT Period Over |
| Canada | 2948868 05/14/2010 | | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Pending |
| China | 201610573991.1 05/14/2010 | 106188175A | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Pending |
| Hong Kong | 17105427.3 05/14/2010 | 1231886A | | TREATMENT OF KLEBSIELLA PNEUMONIAE INFECTIONS WITH ANTIBACTERIAL AMINOGLYCOSIDE COMPOUNDS | Achaogen, Inc. | Pending |
| United States of America | 62/574,544 10/19/2017 | | | SYNTHESIS OF ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc | Expired |
| Argentina | 20180103039 10/18/2018 | | | SYNTHESIS OF ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc | Pending |
| Pakistan | 719/2018 10/18/2018 | | | SYNTHESIS OF ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc | Pending |
| Taiwan | 107136676 10/18/2018 | | | SYNTHESIS OF ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc | Pending |

| Country | Application No./Filing Date | Publication No. | Registration No./Issue Date | Title/Mark | Assignee | Case Status |
|---|---|---|---|---|---|---|
| Patent Cooperation Treaty | PCT/US2018/056536 10/18/2018 | | | SYNTHESIS OF ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | Achaogen, Inc | Pending |
| Patent Cooperation Treaty | PCT/US2017/045183 8/2/2017 | WO 2018/026969 3/15/2018 | | PLAZOMICIN ANTIBODIES AND METHODS OF USE | | Filed |
| Taiwan | 106126088 8/2/2017 | 201815826 5/1/2018 | | PLAZOMICIN ANTIBODIES AND METHODS OF USE | | Filed |
| Argentina | 20170102193 8/2/2017 | | | PLAZOMICIN ANTIBODIES AND METHODS OF USE | | Filed |
| European Patent Office | 17751568.1 8/2/.2017 | 3494143 6/12/2019 | | PLAZOMICIN ANTIBODIES AND METHODS OF USE | | Filed |
| United States of America | 16/360,663 3/21/2019 | | | ANTIBACTERIAL AMINOGLYCOSIDE ANALOGS | | Filed |

## II.    **TRADEMARKS**

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| US Federal Q1 uf 3 | Design Only SN: 87929555 | Published March 26, 2019 Filed: May 21, 2018 | (Int'l Class: 05) antibiotics | Achaogen, Inc. (Delaware Corp.) 1 Tower Place, Suite 300 South San Francisco California 94080 |
| US Federal Q1 uf 4 | Design Only | Published March 26, 2019 Filed: May 21, 2018 | (Int'l Class: 05) antibiotics | Achaogen, Inc. (Delaware Corp.) 1 Tower Place, Suite 300 South San Francisco California 94080 |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | <br>SN: 87930012 | | | |
| US Federal<br>Q1<br>uf 5 | ZEMDRI<br>RN: 5661889<br>SN: 87080092 | Registered January 22, 2019<br>Int'l Class: 05<br>First Use: July 17, 2018<br>Filed: June 22, 2016 | (Int'l Class: 05)<br>Antibiotics | Achaogen, Inc. (Delaware Corp.)<br>1 Tower Place, Suite 300 South San<br>Francisco California 94080 |
| US Federal<br>Q1<br>uf 6 | ZEMDRI and Design<br><br>SN: 87929654 | Published March 26, 2019<br>Filed: May 21, 2018 | (Int'l Class: 05)<br>antibiotics | Achaogen, Inc. (Delaware Corp.)<br>1 Tower Place, Suite 300 South San<br>Francisco California 94080 |
| US Federal<br>Q1<br>uf 7 | ZEMDRI and Design<br><br>SN: 87930066 | Published March 26, 2019<br>Filed: May 21, 2018 | (Int'l Class: 05)<br>antibiotics | Achaogen, Inc. (Delaware Corp.)<br>1 Tower Place, Suite 300 South San<br>Francisco California 94080 |
| Canada<br>Q1<br>ca 9 | Design Only<br> | Canada<br>Filed<br>Last Status Received: Pending<br>Application November 27, 2018<br>Office Status: Filing date<br>accorded<br>Filed: November 21, 2018 | (Int'l Class: 05)<br>Goods: (1) Antibiotics | Achaogen, Inc. 1 Tower Place,<br>Suite 300 South San Francisco, CA<br>94080, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | AN: 1931696 | | | |
| Canada Q1 ca 10 | Design Only AN: 1931691 | Canada Filed Last Status Received: Pending Application November 27, 2018 Office Status: Filing date accorded Filed: November 21, 2018 | (Int'l Class: 05) Goods: (1) Antibiotics | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco, CA 94080, United States of America |
| Canada Q1 ca 11 | XEMDRO AN: 1812517 | Canada Allowed Last Status Received: Application pending publication August 3, 2018 Office Status: Application published Filed: December 5, 2016 | (Int'l Class: 05) Goods: (1) Antibiotics | Achaogen, Inc. 7000 Shoreline Court, Suite 371 South San Francisco, CA 94080, United States of America |
| Canada Q1 ca 12 | ZEMDRI AN: 1812518 | Canada Allowed Last Status Received: Application pending publication August 3, 2018 Office Status: Application published Filed: December 5, 2016 | (Int'l Class: 05) Goods: (1) Antibiotics | Achaogen, Inc. 7000 Shoreline Court, Suite 371 South San Francisco, CA 94080, United States of America |
| Canada Q1 ca 13 | ZEMDRI and Design AN: 1931698 | Canada Filed Last Status Received: Pending Application November 27, 2018 Office Status: Filing date accorded Filed: November 21, 2018 | (Int'l Class: 05) Goods: (1) Antibiotics | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco, CA 94080, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| Canada Q1 ca 14 | ZEMDRI and Design AN: 1931703 | Canada Filed Last Status Received: Pending Application November 27, 2018 Office Status: Filing date accorded Filed: November 21, 2018 | (Int'l Class: 05) Goods: (1) Antibiotics | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco, CA 94080, United States of America |
| Mexico Q1 mx 16 | Design Only AN: M2152428 | Mexico Published Last Status Received: Published Filed: November 20, 2018 | (Translation) (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. 1 TOWER PLACE NUM. EXT. SUITE 300, 94080, SOUTH SAN FRANCISCO, CA, United States of America |
| Mexico Q1 mx 17 | Design Only AN: M2153909 | Mexico Published Last Status Received: Published Filed: November 20, 2018 | (Translation) (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. TOWER PLACE NUM. EXT. 1 NUM. INT. SUITE 300, 94080, SOUTH SAN FRANCISCO, CA, United States of America |
| Mexico Q1 mx 18 | XEMDRO RN: 1746906 AN: M1831146 | Mexico Registered Last Status Received: Registered Filed: December 9, 2016 Registered: April 24, 2017 Expiration Date: December 9, 2026 | (Translation) (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. SHORELINE COURT NUM. EXT. 7000 NUM. INT. SUITE 371, 94080, SOUTH SAN FRANCISCO, CA., United States of America |
| Mexico Q1 | ZEMDRI RN: 1746907 | Mexico Registered | (Translation) (Int'l Class: 05) | ACHAOGEN, INC. SHORELINE COURT NUM. EXT. 7000 NUM. |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| mx 19 | AN: M1831148 | Last Status Received: Registered Filed: December 9, 2016 Registered: April 24, 2017 Expiration Date: December 9, 2026 | Antibiotics. | INT. SUITE 371, 94080, SOUTH SAN FRANCISCO, CA., United States of America |
| Mexico Q1 mx 20 | ZEMDRI and Design AN: M2153892 | Mexico Published Last Status Received: Published Filed: November 20, 2018 | (Translation) (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. TOWER PLACE NUM. EXT. 1 NUM. INT. SUITE 300, 94080, SOUTH SAN FRANCISCO, CA, United States of America |
| Mexico Q1 mx 21 | ZEMDRI and Design AN: M2156856 | Mexico Published Last Status Received: Published Filed: November 20, 2018 | (Translation) (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. TOWER PLACE NUM. EXT. 1 NUM. INT. SUITE 300, 94080, SOUTH SAN FRANCISCO, CA, United States of America |
| WIPO Q1 wo 23 | Design Only RN: 1441507 | International Registered Last Status Received: Registered April 15, 2019 Registered: November 20, 2018 Expiration Date: November 20, 2028 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America Claimed Countries: Madrid Protocol: Australia, China, European Union, Israel, Japan, Mexico, Switzerland, Turkey, United Kingdom |
| WIPO Q1 wo 24 | Design Only | International Registered Last Status Received: Registered March 26, 2019 Registered: November 20, 2018 Expiration Date: November 20, 2028 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America Claimed Countries: Madrid Protocol: Australia, China, European Union, Israel, Japan, Mexico, Switzerland, |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | RN: 1442826 | | | Turkey, United Kingdom |
| WIPO Q1 wo 25 | ZEMDRI and Design RN: 1442745 | International Registered Last Status Received: Registered November 20, 2018 Expiration Date: November 20, 2028 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America Claimed Countries: Madrid Protocol: Australia, China, European Union, Israel, Japan, Mexico, Switzerland, Turkey, United Kingdom |
| WIPO Q1 wo 26 | ZEMDRI and Design RN: 1443260 | International Registered Last Status Received: Registered April 2, 2019 Registered: November 20, 2018 Expiration Date: November 20, 2028 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America Claimed Countries: Madrid Protocol: Australia, China, European Union, Israel, Japan, Mexico, Switzerland, Turkey, United Kingdom |
| Iceland Q1 is 28 | ZEMDRI RN: V0106877 AN: V0106877 | Iceland Registered Last Status Received: Registered Filed: November 15, 2017 Registered: November 30, 2017 Expiration Date: November 30, 2027 | (Translation) (Int'l Class: 05) Antibiotics. | Nafn: Achaogen, Inc., a corporation of the State of Delaware, United States of America Heimilisfang: 1 Tower Place, Suite 300, South San Francisco, California 94080, US, US, United States of America |
| Norway Q1 no 29 | ZEMDRI RN: 297414 AN: 201715319 | Norway Registered Last Status Received: Registered April 11, 2018 Filed: November 16, 2017 Expiration Date: November 16, | (Translation) (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 1 Tower Place, Suite 300, CA94080, SOUTH SAN FRANCISCO, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | | 2027 | | |
| Switzerland Q1 ch 30 | XEMDRO RN: 699873 AN: 64827/2016 | Switzerland Registered Last Status Received: Registered Filed: December 5, 2016 Registered: March 14, 2017 Expiration Date: December 5, 2026 | (Translation) (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 7000 Shoreline Court Suite 371, 94080 South San Francisco, California, United States of America |
| Switzerland Q1 ch 31 | ZEMDRI RN: 699961 AN: 64828/2016 | Switzerland Registered Last Status Received: Registered Filed: December 5, 2016 Registered: March 16, 2017 Expiration Date: December 5, 2026 | (Translation) (Int'l Class: 05) Antibiotics. | Achaogen, Inc. 7000 Shoreline Court Suite 371, 94080 South San Francisco, California, United States of America |
| Turkey Q1 tr 33 | Design Only AN: 2019/01458 | Turkey Published Last Status Received: Published Filed: November 20, 2018 | (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America |
| Turkey Q1 tr 34 | Design Only AN: 2019/04068 | Turkey Published Last Status Received: Published Filed: November 20, 2018 | (Int'l Class: 05) Antibiotics. | ACHAOGEN, INC. 1 Tower Place, Suite 300 South San Francisco CA 94080, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| Turkey Q1 tr 35 | Xemdro<br><br>**XEMDRO**<br><br>AN: 2016/99237 | Turkey Published Last Status Received: Published Filed: December 8, 2016 | (Translation) (Int'l Class: 05) antibiotics | ACHAOGEN, INC. 7000 Shoreline Court, Suite 371, South San Francisco, California 94080, United States of America |
| Turkey Q1 tr 36 | zemdri<br><br>ZEMDRI<br><br>RN: 2016 99232 AN: 2016/99232 | Turkey Registered Last Status Received: Registered Filed: December 8, 2016 Registered: October 3, 2017 | (Translation) (Int'l Class: 05) antibiotics. | ACHAOGEN, INC. 7000 Shoreline Court, Suite 371, South San Francisco, California 94080, United States of America |
| United Kingdom Q1 gb 38 | XEMDRO RN: 3172211 AN: 3172211 | United Kingdom Registered Last Status Received: Registered September 30, 2016 Filed: June 30, 2016 Expiration Date: June 30, 2026 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. (Company or Organisation Delaware) 7000 Shoreline Court, Suite 371, 94080, South San Francisco, California, United States of America |
| United Kingdom Q1 gb 39 | ZEMDRI RN: 3172247 AN: 3172247 | United Kingdom Registered Last Status Received: Registered September 30, 2016 Filed: June 30, 2016 Expiration Date: June 30, 2026 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. (Company or Organisation Delaware) 7000 Shoreline Court, Suite 371, 94080, South San Francisco, California, United States of America |
| European Union (EUTM) Q1 eu 41 | XEMDRO RN: 015595499 AN: 015595499 | European Union Registered Last Status Received: Registered October 19, 2016 Filed: June 29, 2016 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. (Corporation Delaware) 7000 Shoreline Court, Suite 371, 94080, South San Francisco, California, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | | Registered: October 17, 2016 Expiration Date: June 29, 2026 | | |
| European Union (EUTM) Q1 eu 42 | ZEMDRI RN: 015595515 AN: 015595515 | European Union Registered Last Status Received: Registered October 19, 2016 Filed: June 29, 2016 Registered: October 17, 2016 Expiration Date: June 29, 2026 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. (Corporation Delaware) 7000 Shoreline Court, Suite 371, 94080, South San Francisco, California, United States of America |
| Israel Q1 il 44 | XEMDRO AN: 290115 | Israel Registered Last Status Received: Registered Filed: December 4, 2016 Registered: April 9, 2018 Expiration Date: December 4, 2026 | (Int'l Class: 05) Antibiotics; all included in class 5. | Achaogen, Inc. 7000 Shoreline Court, Suite 371, South San Francisco, California, 94080, U.S.A., United States of America |
| Israel Q1 il 45 | ZEMDRI AN: 290114 | Israel Registered Last Status Received: Registered Filed: December 4, 2016 Registered: April 9, 2018 Expiration Date: December 4, 2026 | (Int'l Class: 05) Antibiotics; all included in class 5. | Achaogen, Inc. 7000 Shoreline Court, Suite 371, South San Francisco, California, 94080, U.S.A., United States of America |
| South Africa Q1 za 47 | ZEMDRI AN: 2017/33426 | South Africa Published Last Status Received: Published Filed: November 16, 2017 | (Int'l Class: 05) Antibiotics | Achaogen, Inc. a corporation of the State of Delaware 1 Tower Place, Suite 300, South San Francisco, California, 94080, United States of America |
| Australia Q1 au 49 | Design Only | Australia Filed Last Status Received: Pending Application Office Status: Published: Awaiting examination Filed: November 20, 2018 Int'l Reg Date: November 20, 2018 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | AN: 1981466 Disclaimer: The mark consists of stylized human figure stepping out of a ring. | | | |
| Australia Q1 au 50 | Design Only AN: 1980719 Disclaimer: The mark consists of stylized human figure in the color purple stepping out of a ring in the color green. The color(s) Purple and Green is/are claimed as a feature of the mark. The mark consists of stylized human figure in the color purple stepping out of a ring in the color green. | Australia Filed Last Status Received: Pending Application Office Status: Published: Awaiting examination Filed: November 20, 2018 Int'l Reg Date: November 20, 2018 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. United States of America |
| Australia Q1 au 51 | XEMDRO RN: 1813625 AN: 1813625 Disclaimer: Convention priority claimed: 22 June 2016, United States of America, No. 87/080087 in respect of ALL ITEMS IN THIS CLASS ARE CLAIMED IN THE CONVENTION APPLICATION in class 5.* | Australia Registered Last Status Received: Registered Office Status: Registered: Registered/protected Filed: December 5, 2016 Registered: December 5, 2016 Expiration Date: December 5, 2026 | (Int'l Class: 05) Antibiotics | Achaogen, Inc. incorporated in the State of Delaware incorporated in the State of Delaware United States of America |
| Australia Q1 au 52 | ZEMDRI RN: 1813626 AN: 1813626 Disclaimer: Convention priority claimed: 22 June 2016, United States of America, No. | Australia Registered Last Status Received: Registered Office Status: Registered: Registered/protected Filed: December 5, 2016 | (Int'l Class: 05) Antibiotics | Achaogen, Inc. incorporated in the State of Delaware incorporated in the State of Delaware United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | 87/080092 in respect of ALL ITEMS IN THIS CLASS ARE CLAIMED IN THE CONVENTION APPLICATION in class 5.* | Registered: December 5, 2016 Expiration Date: December 5, 2026 | | |
| Australia Q1 au 53 | ZEMDRI and Design AN: 1982221 Disclaimer: The mark consists of stylized human figure in the color purple stepping out of a ring in the color green all above the word ZEMDRI in the color purple. The color(s) green and purple is/are claimed as a feature of the mark. The mark consists of stylized human figure in the color purple stepping out of a ring in the color green all above the word ZEMDRI in the color purple. | Australia Filed Last Status Received: Pending Application Office Status: Published: Awaiting examination Filed: November 20, 2018 Int'l Reg Date: November 20, 2018 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. United States of America |
| Australia Q1 au 54 | ZEMDRI and Design ZEMDRI AN: 1981456 Disclaimer: The mark consists of stylized human figure stepping out of a ring all above the word ZEMDRI. | Australia Filed Last Status Received: Pending Application Office Status: Published: Awaiting examination Filed: November 20, 2018 Int'l Reg Date: November 20, 2018 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. United States of America |
| China Q1 cn 55 | XEMDRO XEMDRO RN: 22301161 AN: 22301161 | China Registered Last Status Received: Registered Filed: December 19, 2016 Registered: January 28, 2018 Expiration Date: January 27, 2028 | (Translation) (Int'l Class: 05) antibiotics | 爱超根有限公司 加利福尼亚州 94080 南旧金山 7000 沿海大楼 371 室, United States of America  ACHAOGEN, INC. 7000 SHORELINE COURT, SUITE 371, SOUTH SAN FRANCISCO, CALIFORNIA |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | | | | 94080, UNITED STATES OF AMERICA, United States of America |
| China Q1 cn 56 | ZEMDRI<br><br>**ZEMDRI**<br><br>RN: 22301162<br>AN: 22301162 | China Registered Last Status Received: Registered Filed: December 19, 2016 Registered: January 28, 2018 Expiration Date: January 27, 2028 | (Translation) (Int'l Class: 05) antibiotics | 爱超根有限公司 加利福尼亚州 94080 南旧金山 7000 沿海大楼 371 室, United States of America<br><br>ACHAOGEN, INC. 7000 SHORELINE COURT, SUITE 371, SOUTH SAN FRANCISCO, CALIFORNIA 94080, UNITED STATES OF AMERICA, United States of America |
| Hong Kong Q1 hk 58 | ZEMDRI and Design<br><br>**ZEMDRI**<br><br>AN: 304338135 | Hong Kong Published Last Status Received: Published December 8, 2017 Filed: November 16, 2017 | (Int'l Class: 05) Antibiotics | Achaogen, Inc. 1 Tower Place, Suite 300, South San Francisco, California 94080, United States of America |
| India Q1 in 60 | ZEMDRI AN: 3681462 | DELHI - Filed Last Status Received: Objection pending Filed: November 18, 2017 | (Int'l Class: 05) antibiotics. | ACHAOGEN, INC. Body Incorporate 1 Tower Place Suite 300 South San Francisco, California 94080 United States of America, United States of America |
| New Zealand Q1 nz 62 | XEMDRO RN: 1056597 AN: 1056597 | New Zealand Registered Last Status Received: Registered June 7, 2017 Office Status: Registered Filed: December 5, 2016 Expiration Date: June 22, 2026 | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. a corporation of the State of Delaware 7000 Shoreline Court, Suite 371 California 94080 South San Francisco, United States of America |
| New Zealand Q1 nz 63 | ZEMDRI RN: 1056598 AN: 1056598 | New Zealand Registered Last Status Received: Registered June 7, 2017 Office Status: Registered | (Int'l Class: 05) Antibiotics. | Achaogen, Inc. a corporation of the State of Delaware 7000 Shoreline Court, Suite 371 California 94080 South San Francisco, United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | | Filed: December 5, 2016<br>Expiration Date: June 22, 2026 | | |
| Republic of Korea<br>Q1<br>kr 64 | ZEMDRI<br><br>ZEMDRI<br><br>RN: 4013898770000<br>AN: 4020170168251 | Republic of Korea<br>Registered<br>Last Status Received: Registered<br>Filed: December 29, 2017<br>Registered: August 22, 2018 | (Translation)<br>(Int'l Class: 05)<br>Antibiotics | ACHAOGEN, INC. 아카오젠,<br>인코포레이티드 * Tower Place,<br>Suite ***, South San Francisco,<br>California ****, United States of<br>America, United States of America |
| Singapore<br>Q1<br>sg 66 | No Text Elements<br><br>ZEMDRI<br><br>AN: 40201722640X | Singapore<br>Published<br>Last Status Received: Published<br>April 6, 2018<br>Filed: November 16, 2017 | (Int'l Class: 05)<br>Antibiotics. | Achaogen, Inc. 1 Tower Place,<br>Suite 300,South San Francisco,<br>California 94080,United States of<br>America,Delaware, United States of<br>America, United States of America |
| Taiwan<br>Q1<br>tw 68 | Logo design (in black-and-white)<br><br>AN: 107075189 | Taiwan<br>Other<br>Last Status Received: Unknown<br>Filed: November 21, 2018 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC.<br>美國<br>United States of America<br><br>爾察禎有限公司<br>美國<br>United States of America |
| Taiwan<br>Q1<br>tw 69 | Logo design (in color) | Taiwan<br>Other<br>Last Status Received: Unknown<br>Filed: November 21, 2018 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC.<br>美國<br>United States of America |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | <br><br>AN: 107075187 | | | 爾察禎有限公司<br>美國<br>United States of America |
| Taiwan<br>Q1<br>tw 70 | ZEMDRI<br><br>**ZEMDRI**<br><br>AN: 106072193 | Taiwan<br>Other<br>Filed: November 16, 2017 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC. 1 Tower Place, Suite 300, South San Francisco, California 94080 U.S.A, United States of America |
| Taiwan<br>Q1<br>tw 71 | ZEMDRI<br><br>ZEMDRI<br><br>AN: 107075184 | Taiwan<br>Other<br>Last Status Received: Unknown<br>Filed: November 21, 2018 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC.<br>美國<br>United States of America<br><br>爾察禎有限公司<br>美國<br>United States of America |
| Taiwan<br>Q1<br>tw 72 | ZEMDRI | Taiwan<br>Other<br>Last Status Received: Unknown<br>Filed: November 21, 2018 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC.<br>美國<br>United States of America<br><br>爾察禎有限公司 |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | ZEMDRI<br><br>AN: 107075186 | | | 美國<br>United States of America |
| Taiwan<br>Q1<br>tw 73 | ZEMDRI<br><br>**ZEMDRI**<br><br>RN: 01919327<br>AN: 106072193 | Taiwan<br>Registered<br>Last Status Received: Registered<br>Filed: November 16, 2017<br>Registered: June 16, 2018<br>Expiration Date: June 15, 2028 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC.<br>美國<br>United States of America<br><br>甯察禎有限公司<br>美國<br>United States of America |
| Argentina<br>Q1<br>ar 75 | XEMDRO<br>RN: 2948099<br>AN: 3565052 | Argentina<br>Registered<br>Last Status Received: Registered<br>Filed: December 7, 2016<br>Registered: August 7, 2018<br>Expiration Date: August 7, 2028 | (Translation)<br>(Int'l Class: 05)<br>Only: antibiotics. | ACHAOGEN, INC. 7000<br>SHORELINE COURT SUITE 371,<br>SOUTH SAN FRANCISCO CP.<br>94080, United States of America |
| Argentina<br>Q1<br>ar 76 | ZEMDRI<br>RN: 2928489<br>AN: 3565053 | Argentina<br>Registered<br>Last Status Received: Registered<br>Filed: December 7, 2016<br>Registered: March 9, 2018<br>Expiration Date: March 9, 2028 | (Translation)<br>(Int'l Class: 05)<br>Only: antibiotics. | ACHAOGEN, INC. 7000<br>SHORELINE COURT SUITE 371,<br>SOUTH SAN FRANCISCO CP.<br>94080, United States of America |
| Brazil<br>Q1<br>br 78 | XEMDRO<br>RN: 912032103<br>AN: 912032103 | Brazil<br>Registered<br>Last Status Received: Registered<br>Filed: December 9, 2016 | (Translation)<br>(Int'l Class: 05)<br>antibiotics. | ACHAOGEN, INC. |

| TM Record | TM/AN/RN/ Disclaimer | Status/Key Dates | Full Goods/Services | Owner/Designations |
|---|---|---|---|---|
| | | Registered: October 2, 2018 Expiration Date: October 2, 2028 | | |
| Brazil Q1 br 79 | ZEMDRI RN: 912032081 AN: 912032081 | Brazil Registered Last Status Received: Registered Filed: December 9, 2016 Registered: October 2, 2018 Expiration Date: October 2, 2028 | (Translation) (Int'l Class: 05) antibiotics. | ACHAOGEN, INC. |
| Colombia Q1 co 80 | XEMDRO RN: 570091 AN: SD20160053447 | Colombia Registered Last Status Received: Registered Filed: December 12, 2016 Registered: June 9, 2017 Expiration Date: June 9, 2027 | (Translation) (Int'l Class: 05) ]: Antibiotics. | ACHAOGEN, INC 7000 SHORELINE COURT, SUITE 371, SAN FRANCISCO CALIFORNIA; US, United States of America |
| Colombia Q1 co 81 | ZEMDRI RN: 570163 AN: SD20160053449 | Colombia Registered Last Status Received: Registered Filed: December 12, 2016 Registered: June 12, 2017 Expiration Date: June 12, 2027 | (Translation) (Int'l Class: 05) ]: Antibiotics. | ACHAOGEN, INC 7000 SHORELINE COURT, SUITE 371, SAN FRANCISCO CALIFORNIA; US, United States of America |

| Country | Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Class | Renewal Date |
|---|---|---|---|---|---|---|---|---|
| JAPAN | ZEMDRI | 2016-137421 | 12/6/2016 | 5943897 | 4/28/2017 | REGISTERED | 5 | 04/28/2027 RENEWAL |
| RUSSIA | ZEMDRI | 2016746344 | 12/7/2016 | 2016746344 | 9/9/2017 | REGISTERED | 5 | 12/07/2026 RENEWAL |
| JAPAN | XEMDRO | 2016-137419 | 12/6/2016 | 5943896 | 4/28/2017 | REGISTERED | 5 | 04/28/2027 RENEWAL |
| RUSSIA | XEMDRO | 2016746300 | 12/7/2016 | 2016746300 | 8/30/2017 | REGISTERED | 5 | 12/07/2026 RENEWAL |
| UNITED STATES | XEMDRO | 87/080,087 | 6/22/2016 | | | ABANDONED | 5 | |
| UNITED STATES | ZEMDRO | 87/080,094 | 6/22/2016 | | | ABANDONED | 5 | |

### III.    <u>COPYRIGHTS</u>

No registered copyrights.

### IV.    <u>REGISTERED DOMAINS</u>

| Domain Name |
| --- |
| aboutenrezovi.co.uk |
| aboutenrezovi.com |
| aboutenrezovi.de |
| aboutenrezovi.es |
| aboutenrezovi.net |
| aboutenrezovi.org |
| aboutenrezovi.us |
| aboutrezevico.co.uk |
| aboutrezevico.com |
| aboutrezevico.de |
| aboutrezevico.es |
| aboutrezevico.net |
| aboutrezevico.org |
| aboutrezevico.us |
| aboutxemdri.com |
| aboutxemdri.us |
| aboutxemdro.co.uk |
| aboutxemdro.com |
| aboutxemdro.de |
| aboutxemdro.es |
| aboutxemdro.net |
| aboutxemdro.org |

| |
|---|
| aboutxemdro.us |
| aboutzemdri.co.uk |
| aboutzemdri.com |
| aboutzemdri.de |
| aboutzemdri.es |
| aboutzemdri.net |
| aboutzemdri.org |
| aboutzemdri.us |
| aboutzemdro.co.uk |
| aboutzemdro.com |
| aboutzemdro.de |
| aboutzemdro.es |
| aboutzemdro.net |
| aboutzemdro.org |
| aboutzemdro.us |
| ACHAGEN.COM |
| ACHAOGEN-BUT.COM |
| ACHAOGEN-PLAZOMICIN.COM |
| ACHAOGEN-PLAZOMICIN.INFO |
| ACHAOGEN-PLAZOMICIN.NET |
| achaogen.info |
| achaogen.net |
| achaogen.org |
| achaogen.us |
| achaogenenrezovi.co.uk |
| achaogenenrezovi.com |
| achaogenenrezovi.de |
| achaogenenrezovi.es |

| |
|---|
| achaogenenrezovi.net |
| achaogenenrezovi.org |
| achaogenenrezovi.us |
| achaogenhotline.com |
| achaogenrezevico.co.uk |
| achaogenrezevico.com |
| achaogenrezevico.de |
| achaogenrezevico.es |
| achaogenrezevico.net |
| achaogenrezevico.org |
| achaogenrezevico.us |
| achaogenxemdri.com |
| achaogenxemdro.co.uk |
| achaogenxemdro.com |
| achaogenxemdro.de |
| achaogenxemdro.es |
| achaogenxemdro.net |
| achaogenxemdro.org |
| achaogenxemdro.us |
| achaogenzemdri.co.uk |
| achaogenzemdri.com |
| achaogenzemdri.de |
| achaogenzemdri.es |
| achaogenzemdri.net |
| achaogenzemdri.org |
| achaogenzemdri.us |
| achaogenzemdro.co.uk |
| achaogenzemdro.com |

| |
|---|
| achaogenzemdro.de |
| achaogenzemdro.es |
| achaogenzemdro.net |
| achaogenzemdro.org |
| achaogenzemdro.us |
| ACHOAGEN.COM |
| ACHOAGEN.INFO |
| ACHOAGEN.NET |
| ACHOAGEN.ORG |
| ACHOGEN.COM |
| akao.work |
| akaoenrezovi.co.uk |
| akaoenrezovi.com |
| akaoenrezovi.de |
| akaoenrezovi.es |
| akaoenrezovi.net |
| akaoenrezovi.org |
| akaoenrezovi.us |
| akaorezevico.co.uk |
| akaorezevico.com |
| akaorezevico.de |
| akaorezevico.es |
| akaorezevico.net |
| akaorezevico.org |
| akaorezevico.us |
| akaoxemdri.com |
| akaoxemdro.co.uk |
| akaoxemdro.com |

| |
|---|
| akaoxemdro.de |
| akaoxemdro.es |
| akaoxemdro.net |
| akaoxemdro.org |
| akaoxemdro.us |
| akaozemdri.co.uk |
| akaozemdri.com |
| akaozemdri.de |
| akaozemdri.es |
| akaozemdri.net |
| akaozemdri.org |
| akaozemdri.us |
| akaozemdro.co.uk |
| akaozemdro.com |
| akaozemdro.de |
| akaozemdro.es |
| akaozemdro.net |
| akaozemdro.org |
| akaozemdro.us |
| enrezovi.co |
| enrezovi.co.nz |
| enrezovi.co.uk |
| enrezovi.com |
| enrezovi.com.br |
| enrezovi.com.mx |
| enrezovi.de |
| enrezovi.es |
| enrezovi.fr |

| |
|---|
| enrezovi.it |
| enrezovi.kr |
| enrezovi.net |
| enrezovi.org |
| enrezovi.tw |
| enrezovi.us |
| enrezovirx.co.uk |
| enrezovirx.com |
| enrezovirx.de |
| enrezovirx.es |
| enrezovirx.net |
| enrezovirx.org |
| enrezovirx.us |
| FREEPLAZOMICIN.COM |
| NEOGLYCOSIDE.COM |
| NEOGLYCOSIDE.INFO |
| NEOGLYCOSIDE.NET |
| NEOGLYCOSIDE.ORG |
| NEOGLYCOSIDES.COM |
| NEOGLYCOSIDES.INFO |
| NEOGLYCOSIDES.NET |
| NEOGLYCOSIDES.ORG |
| PLAZOMICIN.BIZ |
| PLAZOMICIN.CO |
| PLAZOMICIN.COM |
| PLAZOMICIN.INFO |
| PLAZOMICIN.MOBI |
| PLAZOMICIN.NET |

| |
|---|
| PLAZOMICIN.ORG |
| PLAZOMICIN.US |
| PLAZOMICIN.WS |
| PLAZOMICINBLOG.COM |
| PLAZOMICINNOW.COM |
| PLAZOMICINONLINE.COM |
| PLAZOMICINS.COM |
| PLAZOMICINSHOP.COM |
| PLAZOMICINSITE.COM |
| PLAZOMICINSTORE.COM |
| PLAZOMICINSUCKS.COM |
| PLAZOMICINSUCKS.INFO |
| PLAZOMICINSUCKS.NET |
| PLAZOMICINSUCKS.ORG |
| rezevico.co.uk |
| rezevico.com |
| rezevico.de |
| rezevico.es |
| rezevico.net |
| rezevico.org |
| rezevico.us |
| rezevicorx.co.uk |
| rezevicorx.com |
| rezevicorx.de |
| rezevicorx.es |
| rezevicorx.net |
| rezevicorx.org |
| rezevicorx.us |

| THEPLAZOMICIN.COM |
| --- |
| xemdri.com |
| xemdrirx.com |
| xemdro.co |
| xemdro.co.nz |
| xemdro.co.uk |
| xemdro.com |
| xemdro.com.br |
| xemdro.com.mx |
| xemdro.de |
| xemdro.es |
| xemdro.fr |
| xemdro.it |
| xemdro.kr |
| xemdro.net |
| xemdro.org |
| xemdro.us |
| xemdrorx.co.uk |
| xemdrorx.com |
| xemdrorx.de |
| xemdrorx.es |
| xemdrorx.net |
| xemdrorx.org |
| xemdrorx.us |
| zemdri.co |
| zemdri.co.nz |
| zemdri.co.uk |
| zemdri.com |

| |
|---|
| zemdri.com.br |
| zemdri.com.mx |
| zemdri.de |
| zemdri.es |
| zemdri.fr |
| zemdri.it |
| zemdri.kr |
| zemdri.net |
| zemdri.org |
| zemdri.tw |
| zemdri.us |
| zemdrirx.co.uk |
| zemdrirx.com |
| zemdrirx.de |
| zemdrirx.es |
| zemdrirx.net |
| zemdrirx.org |
| zemdrirx.us |
| zemdro.co.uk |
| zemdro.com |
| zemdro.de |
| zemdro.es |
| zemdro.net |
| zemdro.org |
| zemdro.us |
| zemdrorx.co.uk |
| zemdrorx.com |
| zemdrorx.de |

| |
|---|
| zemdrorx.es |
| zemdrorx.net |
| zemdrorx.org |
| zemdrorx.us |
| aboutxemdri.net |
| aboutxemdri.org |
| achaogenrsvp.com |
| achaogenspeakerbureau.com |
| achaogenspeakers.com |
| achaogenxemdri.net |
| achaogenxemdri.org |
| achaogenxemdri.us |
| akao-ruo.biz |
| akao-ruo.co |
| akao-ruo.com |
| akao-ruo.info |
| akao-ruo.io |
| akao-ruo.net |
| akao-ruo.online |
| akao-ruo.org |
| akao-ruo.store |
| akao-ruo.us |
| akaoxemdri.net |
| akaoxemdri.org |
| akaoxemdri.us |
| cutiandbsiinformation.com |
| cutiinformation.com |
| enrezovi.ch |

| |
|---|
| enrezovi.cn |
| enrezovi.in |
| enrezovi.ru |
| xemdri.net |
| xemdri.org |
| xemdri.us |
| xemdrirx.net |
| xemdrirx.org |
| xemdrirx.us |
| xemdro.ch |
| xemdro.cn |
| xemdro.ru |
| xemdro.tw |
| zemdri.ch |
| zemdri.cn |
| zemdri.in |
| zemdri.ru |