# **EXHIBIT B**

**Redline**

## SCHEDULE 5.11(A)

## CONTRACT AND CURE SCHEDULE

**Part A**

| Contract Counterparty | Contract/Lease Title | Cure Amount ($) |
|---|---|---|
| 360 Infusion | Purchasing Agreement | - |
| Albany Urology Clinic & Surgery Center | Purchasing Agreement | - |
| Allergy ARTS, LLP | Purchasing Agreement | - |
| Alturas Analytics, Inc. | Archival Storage of CLP Study Documents 2019, Master Service Agreements, SOW and Quotes | - |
| ASD Healthcare and Besse Medical, divisions of ASD Specialty Healthcare, LLC | Distribution Services Agreement | - |
| AT&T Corporation | AT&T, Sales Order (Ethernet Private Line - 8946182) | - |
| Bay Area Infectious Disease Associates | Purchasing Agreement | - |
| Beckman Coulter, Inc. | Master Services Agreement | 4,298 |
| bioMerieux | Master Services Agreement | - |
| Blaine Healthcare Associates, Inc. | Consulting Agreement | -10,500 |
| Capitol Infectious Disease Associates | Purchasing Agreement | - |
| Cardinal Health 105, Inc. | Exclusive Distribution Agreement | 5,619 - |
| Cardinal Health 108, LLC | Wholesale Purchase and Distribution Services Agreement and all amendments | - |
| CareMetx, LLC | Master Services Agreement | - |
| Case Western Reserve University | Master Services Agreement and all exhibits | - |
| DotmaticsCertara USA, Inc. | Hosted SoftwareMaster Services Agreement | 19,7901,663 |
| EMH Consulting LLCClinical Infectious Disease Specialists | ConsultingPurchasing Agreement | - |
| Computer Science Corporation | Computer Science Corporation, Renewal letter 2018-2019 | - |
| Covance Central Laboratory Services LP | Master Services Agreement and all amendments including individual project agreement | 367 |
| David C. Wright, M.D. | Purchasing Agreement | - |

1

| | | |
|---|---|---:|
| Department of Health & Human Services - Center for Medicare & Medicaid | National Drug Rebate Agreement, Medicare Coverage Gap Discount Program Agreement & Pharmaceutical Pricing Agreement | - |
| Dohmen Life Science Services, LLC | Master Services Agreement with all Statement of Work | 15,424 |
| Dr. Donna O'Neil | Purchasing Agreement | - |
| Emerald Coast Infectious Diseases Medical Group, P.A. | Purchasing Agreement | - |
| Engine Room Consulting Services, Inc | Outsourcing Services Agreement | - |
| EUCAST | Master Services Agreement | - |
| Eurofins Lancaster Laboratories Inc | Master Services Agreement ~~w/~~and all amendments | 16,642 |
| FFF Enterprises, Inc. | FFF Specialty Distribution - Specialty Distribution Services Agreement (FE) and ZEMDRI Returns Exception Letter (Wesley) | - |
| ~~Friedland Strategic Consulting, LLC~~Fisher Clinical Services, Inc. | ~~Consulting~~Master Services Agreement | - |
| ~~Hill & Hill Quality Associates~~Healix Infusion Therapy, LLC | ~~Consulting~~Specialty Distribution Services and Purchasing Agreement | - |
| Hospira, Inc. | Hospira DSA FE along with all amendments and Pfizer ~~CenterOne~~CentreOne Plazomicin Project Kalamazoo Statement of Work | - |
| Houston Center for Infectious Diseases | Purchasing Agreement | - |
| ibacon GmbH | ibacon GmbH, Master Services Agreement | - |
| Icon Clinical Research Ltd-Ireland | Master Services Agreement and all amendments | 9,753 |
| Impact Clinical, LLC | Master Services Agreement and Master Services Agreement (BARDA) | 44,045 |
| Infectious Disease Associates | Purchasing Agreement | - |
| Infectious Disease Consultants | Purchasing Agreement | - |
| Infectious Disease Consultants | Purchasing Agreement | - |
| Infectious Disease Consultants | Purchasing Agreement | - |
| Infectious Disease Consultants | Purchasing Agreement | - |
| Infectious Disease Partners of Nevada | Purchasing Agreement | - |
| Infectious Disease Specialists of Southeastern Wisconsin, S.C. | Purchasing Agreement | - |
| Infectious Diseases Associates | Purchasing Agreement | - |
| Infusion Associates N.E. | Purchasing Agreement | - |
| Infusion4Health, Inc. | Purchasing Agreement | - |
| Institut fuer biologische Analytik und Consultin IBACON GmbH | Master Services Agreement and all exhibits | 59,503 |
| International Health Management Associates, Inc. | Master Services Agreement | 99,388 |

| Party | Agreement | Amount |
|---|---|---|
| Ionis Pharmaceuticals, Inc~~.~~ | ~~Ionis Pharmaceuticals,~~ License Agreement | 8,598 |
| Jones Microbiology Institute, Inc. | Master Services and Transfer Agreement w/Amendments | 209,339 |
| Kovarus, Inc. | Contingency Recruiter Agreement | 5,105 |
| KPMG | Management Services Engagement Letter | 41,171 |
| Laboratory Specialists, Inc. | Master Services Agreement | ~~12,644~~ 13,681 |
| ~~Lutz Wevelsiep~~ Lalla-Reddy Medical Corporation | ~~Consulting~~ Purchasing Agreement | ~~5,034~~ - |
| Lexington Infectious Disease | Purchasing Agreement | - |
| Mast International Division | Master Services Agreement and all amendments | 19,616 |
| Master Control Inc. | End User License Agreement | 1,173 |
| Mayo Foundation | Collaboration Agreement | 1,127 |
| McKesson Specialty Care Distribution Corporation | Pharmaceutical Products Purchase and Distribution Agreement | - |
| MED PED I D INCORPORATED | Purchasing Agreement and Amendment One | - |
| Medical Communication Technologies, Inc | IntegriChain, Inc., MSA and Project Addendum | 25,000 |
| Metro Infectious Disease Consultants, LLC | Purchasing Agreement | - |
| Microgenics Corp | Collaborative Development and Commercialization Agreement, Safety Data Exchange Agreement, Material Transfer Agreement, Quality Agreement | 831,000 |
| Micron Research Limited | The Micron Group Ltd, Master Services Agreement | 21,580 |
| Microsoft Corporation | Microsoft, Volume Licensing Customer Price Sheet-0737229.001 | - |
| Mimecast North America, Inc. | Mimecast (SHI), Quote 15786673 | - |
| NDA Regulatory Development, Inc. | Consulting agreement and all amendments | - |
| Okta, Inc. | Okta, Master Subscription Agreement | - |
| Opats LLC | OPATS LLC, Master Service Agreement | - |
| Operational Compliance Solutions, LLC | OCS - Consulting Agreement Exhibit B | 6,425 |
| Oracle America, Inc. | Ordering Document | 2,219 |
| Orange County Infectious Disease Associates | Purchasing Agreement | - |
| Paragon Healthcare, Inc. | Purchasing Agreement | - |
| PCI of Illinois | Commercial Packing Agreement | 748 |
| Pfizer, Inc. | Letter of Intent, Development Services Agreement, Quality Technical Agreement, all Change Orders | 141,699 |
| PPD Development | Lab Services and Master Services Agreement (BARDA) and Analysis of Plazomicin Sulfate Drug Product | ~~47,818~~ - |
| PrimeVigilance Limited | Master Services Agreement and all amendments | 37,197 |

| Party | Agreement | Amount |
|---|---|---|
| Protiviti Inc. | Consulting Agreement | - |
| Region Kronoberg | EUCAST & Region Kronoberg, Study Proposal | 32,137 |
| Remel, Inc. | Master Services Agreement - Thermo Fisher Scientific | 78,000 |
| ~~Veeva System~~SAS Institute, Inc. | ~~Managed Services~~MLA and all supplements and amendments | ~~46,169~~8,000 |
| ~~Total~~SHI International Corp | Master Services Agreement | ~~— $ 506,452~~ - |
| Softworld, Inc. | Master Services Agreement | - |
| Sylvan Infectious Disease | Purchasing Agreement | - |
| Synchrogenix Information Strategies, LLC | Master Services Agreement | 853 |
| Threlkeld Threlkeld & Omer, PLLC | Purchasing Agreement | - |
| Tracelink, Inc. | Enterprise Agreement | - |
| U.S. Department of Veterans Affairs VA Federal Supply Schedule | Federal Supply Schedule Contract 36F79719D0035 | - |
| University of South Florida Board of Trustees | University of South Florida Board of Trustees, Material Transfer Agreement | - |
| Urology Austin, PLLC | Purchasing Agreement | - |
| Validated Cloud Inc. | Validated Cloud, Order Form #20171221-00 | - |
| Veeva System, Inc. | Master Subscription Agreement, all Order Form and Statement of Work | 46,169 |
| West Texas Digestive Disease Center | Purchasing Agreement | - |
| **Total** | | **$ 1,792,417.21** |

**Part B**

| Contract Counterparty | Contract/Lease Title | Cure Amount ($) |
|---|---|---|
| Microgenics Corp | Collaborative Development and Commercialization Agreement | 589,000 |
| Pfizer, Inc. | Letter of Engagement | 94,654 |
| Total | - | $ 683,654 |

(Part B table shown with strikethrough)

| **Summary report:** **Litéra® Change-Pro 10.1.0.200 Document comparison done on 7/19/2019 10:10:05 AM** ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** AKAO - Schedule 5.11(A) (filed 6-22).docx ||
| **Modified filename:** AKAO - Schedule 5.11(A)_Amended.docx ||
| **Changes:** ||
| Add | 30 |
| Delete | 30 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 71 |
| Table Delete | 1 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 132 |