**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Achaogen, Inc. | Case No. 19-10844 (BLS) |
| Debtor.[1] | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 24, 2019 AT 1:30 P.M. (EASTERN TIME)

<u>CONTESTED MATTER GOING FORWARD</u>

1. Debtor's Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 30, Filed 4/15/19).

   <u>Objection Deadline</u>: May 30, 2019 at 11:59 p.m. (ET) for objections to assumption and assignment or rejection of designated executory contracts and unexpired leases. Objections to the sale and auction were due by June 14, 2019, at 11:59 p.m. (ET). Extended for Hovione International Limited to June 21, 2019 at 5:00 p.m. (ET).

   <u>Responses Received</u>:

   a. Objection to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (filed by Microgenics Corporation) (D.I. 226 Filed 5/29/19);

      <u>Status</u>:  This objection has been resolved.

   b. Sana Biotechnology, Inc.'s Limited Objection to the Sale of Substantially All Assets of the Debtor and Reservation of Rights (D.I. 229, Filed 5/30/19);

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 1 Tower Place, Suite 400, South San Francisco, CA 94080.

Status:  This objection has been resolved.

c.    Objection to Proposed Sale Motion and Notice of Proposed Assumption and
      Assignment of Executory Contracts and Unexpired Leases (filed by Pfizer, Inc.)
      (D.I. 232, Filed 5/30/19);

      Status:  This objection has been resolved.

d.    Objection of Veolia ES Technical Solutions, LLC to Debtors' Proposed
      Assumption, Assignment and Cure Regarding Executory Contract (D.I. 228, Filed
      5/30/19);

      Status:  This objection has been resolved.

e.    Esteve Quimica SA's Objection to Proposed Cure Amount for its Master Services
      Agreement with the Debtor (D.I. 242, Filed 6/1/19);

      Status:  The hearing on this matter will go forward on a date to be determined.

f.    Objection of Crystal Bioscience, Inc. to the Debtors' Proposed Cure Amounts
      (D.I. 255, Filed 6/7/19);

      Status:  The hearing on this matter will go forward on a date to be determined.

g.    Objection to the Sale of Substantially All of the Debtor's Assets Free and Clear of
      All Claims, Liens, and Encumbrances (filed by Microgenics Corporation) (D.I.
      268, Filed 6/13/19);

      Status:  This objection has been resolved.

h.    Objection by the United States to the Debtor's Sale Motion (D.I. 275, Filed
      6/17/19);

      Status:  This objection has been resolved.

i.    Oracle's Limited Objection to and Reservation of Rights Regarding Debtor's
      Notice of Second Supplemental Proposed Assumption and Assignment of
      Executory Contracts and Unexpired Leases (D.I. 279, Filed 6/18/19);

      Status:  The hearing on this matter will go forward on a date to be determined.

j.    AP3-SF2 CT South, LLC's Limited Objection to Debtor's Motion for an Order
      (A) Approving Sale of the Debtor's Assets Free and Clear of Claims, Liens, and
      Encumbrances; (B) Approving the Assumption and Assignment or Rejection of
      Executory Contracts and Unexpired Leases; and (C) Certain Related Relief
      [Docket No. 30] (D.I. 281, Filed 6/18/19);

<u>Status</u>:  This objection has been resolved.

k.  Informal comments received from JMI Laboratories;

   <u>Status</u>: These informal comments have been resolved.

l.  Informal comments received from Steeprock, Inc.;

   <u>Status</u>: These informal comments have been resolved.

m.  Informal comments received from Hovione International Limited;

   <u>Status</u>: These informal comments have been resolved.

n.  Informal comments received from Cardinal Health 105, Inc.;

   <u>Status</u>: These informal comments have been resolved.

o.  Informal comments received from Strickland Quality Assurance Ltd.;

   <u>Status</u>: These informal comments have been resolved.

p.  Informal comments received from the Committee;

   <u>Status</u>:    These informal comments have been resolved subject to further comments with respect to the sale of C-Scape and the China License Rights.

<u>Related Pleadings</u>:

a.  Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment, Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times and Places in Connection Therewith; and (E) Granting Related Relief (D.I. 123, Entered 5/1/19);

b.  Notice of Proposed Sale of All or Substantially All of the Debtor's Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto (D.I. 126, Filed 5/2/19);

c.  Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 192, Filed 5/17/19);

d.  Notice of Revised Bid Deadline (D.I. 222, Filed 5/28/19);

e.  Order Approving the Stipulation and Amending the Bidding Procedures Order and Interim DIP Orders (D.I. 245, Entered 6/3/19);

f.  Notice of Completion of Auction and Selection of Successful Bidders (D.I. 266, Filed 6/13/19);

g.  Notice of Second Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 274, Filed 6/14/19);

h.  Notice of Completion of C-Scape Auction and Selection of Successful Bidder (D.I. 285, Filed 6/18/19);

i.  Declaration of Deep Sagar Pursuant to Section 365(f)(2)(B) of the Bankruptcy Code (Filed by Cipla USA, Inc.)  (D.I. 289, Filed 6/21/19);

j.  Notice of Third Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 291, Filed 6/22/19);

k.  Notice of Filing of (I) Cipla Sale Agreements and (II) Unity Sale Agreement (D.I. 292, Filed 6/22/19);

l.  Declaration of James S. Cassel, Chairman of Cassel Salpeter & Co., LLC, in Support of the (I) Sale of Certain Assets of the Debtor to Cipla USA Inc., Heritage Global Partners, Inc. and Unity Biotechnology, Inc. and (II) Entry of the Sale Order (D.I. 294, Filed 6/22/19);

m.  Declaration of Blake Wise, Chief Executive Officer of Achaogen, Inc., in Support of the (I) Sale of Certain Assets of the Debtor to Cipla USA Inc., Heritage Global Partners, Inc. and Unity Biotechnology, Inc. and (II) Entry of the Sale Order (D.I. 295, Filed 6/22/19);

n.  Order (I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Encumbrances, Claims and Interests, and (II) Granting Related Relief (D.I. 309, Entered 6/26/19);

o.  Order (I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Encumbrances, Claims and Interests, and (II) Granting Related Relief (D.I. 327, Entered 7/1/19);

p.  Notice of Fourth Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 331, Filed 7/2/19);

q.  Notice of Filing Transitional Services Agreement (D.I. 360, Filed 7/19/19);

    r.    Notice of Fifth Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 359, Filed 7/19/19);

    s.    Certification of Counsel Regarding Order (I) Approving the Sale of Certain Assets of the Debtor to Cipla USA Inc. Free and Clear of Liens, Encumbrances, Claims and Interests, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (D.I. 361, Filed 7/19/19); and

    t.    Notice of Filing of Revised Schedule 5.11(A) to the Cipla Plazomicin Sale Agreement (D.I. 362, Filed 7/19/19).

<u>Status</u>:  The hearing will go forward as a status conference with respect to C-Scape and the China License Rights.

| | |
|---|---|
| Dated: July 22, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com |

- and -

Richard L. Wynne (CA 120349) *admitted pro hac vice*
Erin N. Brady (CA 215038) *admitted pro hac vice*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and -

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*

HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*