## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Achaogen, Inc. | Case No. 19-10844 (BLS) |
| Debtor.[1] | |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
## <u>HEARING ON AUGUST 7, 2019 AT 1:30 P.M. (EASTERN TIME)</u>

<u>RESOLVED MATTERS</u>

1.      Debtor's Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Case (D.I. 349, Filed 7/12/19).

<u>Objection Deadline</u>:  July 26, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a)      Notice of Hearing for: (I) Debtor's Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Case; and (II) Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by Which the Debtor May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 354, Filed 7/16/19);

b)      Certification of No Objection Regarding Debtor's Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Case (D.I. 405, Filed 8/2/19); and

---

[1]      The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, CA 94104-5410.

[2]      **Amended items appear in bold.**

c)   Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Case (D.I. 406, Entered 8/2/19).

Status:  An order has been entered. No hearing is necessary.

2.   Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by which the Debtor May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 350, Filed 7/12/19).

Objection Deadline:  July 26, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)   Notice of Hearing for: (I) Debtor's Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtor's Time to File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Case; and (II) Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by Which the Debtor May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 354, Filed 7/16/19);

b)   Certification of No Objection Regarding Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by which the Debtor May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 404, Filed 8/2/19); and

c)   Order Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code Extending the Time by which the Debtor May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 407, Entered 8/2/19).

Status:  An order has been entered. No hearing is necessary.

3.   Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 374, Filed 7/24/19).

Objection Deadline:  July 31, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certification of No Objection Regarding Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 401, Filed 8/2/19); and

b)      First Omnibus Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 410, Entered 8/2/19).

Status:  An order has been entered. No hearing is necessary.

4.      Debtor's Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 375, Filed 7/24/19).

Objection Deadline:  July 31, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certification of No Objection Regarding Debtor's Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 402, Filed 8/2/19); and

b)      Second Omnibus Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 409, Entered 8/2/19).

Status:  An order has been entered. No hearing is necessary.

5.      Debtor's Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 376, Filed 7/24/19).

Objection Deadline:  July 31, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certification of No Objection Regarding Debtor's Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 403, Filed 8/2/19); and

b)      Third Omnibus Order (I) Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief (D.I. 408, Entered 8/2/19).

Status:  An order has been entered. No hearing is necessary.

CONTESTED MATTER GOING FORWARD

6.      Debtor's Motion for Entry of an Order: (I) Approving the Exclusive Auction Agreement by and Between the Debtor and Silicon Valley Disposition, Inc. and its Compensation with Respect to the Sale of Certain De Minimis Assets; (II) Authorizing the Sale and Liquidation of Such Assets Through an Auction; and (III) Waiving One or More of the Information Requirements of Local Rule 2016-2 (D.I. 355, Filed 7/17/19).

Objection Deadline:  July 31, 2019 at 4:00 p.m. (ET).

Responses Received:

a)      Limited Objection of Crystal Bioscience, Inc. to the Debtor's Motion for Entry of an Order: (I) Approving the Exclusive Auction Agreement by and Between the Debtor and Silicon Valley Disposition, Inc. and its Compensation with Respect to the Sale of Certain De Minimis Assets; (II) Authorizing the Sale and Liquidation of Such Assets Through an Auction; and (III) Waiving One or More of the Information Requirements of Local Rule 2016-2 (D.I. 382, Filed 7/26/19).

Related Pleadings:

a)      Declaration of John Carroll in Support of Debtor's Motion for Entry of an Order: (I) Approving the Exclusive Auction Agreement by and Between the Debtor and Silicon Valley Disposition, Inc. and its Compensation with Respect to the Sale of Certain De Minimis Assets; (II) Authorizing the Sale and Liquidation of Such Assets Through an Auction; and (III) Waiving One or More of the Information Requirements of Local Rule 2016-2 (D.I. 356, Filed 7/17/19).

Status:  This matter is going forward.

STATUS CONFERENCE

7.      Debtor's Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtor's Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of

Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 30, Filed 4/15/19).

Objection Deadline: May 30, 2019 at 11:59 p.m. (ET) for objections to assumption and assignment or rejection of designated executory contracts and unexpired leases. Objections to the sale and auction were due by June 14, 2019, at 11:59 p.m. (ET). Extended for Hovione International Limited to June 21, 2019 at 5:00 p.m. (ET).

Remaining Responses Received:

a.      Esteve Quimica SA's Objection to Proposed Cure Amount for its Master Services Agreement with the Debtor (D.I. 242, Filed 6/1/19);

        Status:  The hearing on this matter will go forward on a date to be determined.

b.      Objection of Crystal Bioscience, Inc. to the Debtors' Proposed Cure Amounts (D.I. 255, Filed 6/7/19);

        Status:  The hearing on this matter will go forward on a date to be determined.

c.      Oracle's Limited Objection to and Reservation of Rights Regarding Debtor's Notice of Second Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 279, Filed 6/18/19);

        Status:  The hearing on this matter will go forward on a date to be determined.

d.      Informal comments received from the Committee;

        Status:   These informal comments have been resolved subject to further comments with respect to the sale of C-Scape and the China License Rights.

Related Pleadings:

a.      Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment, Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times and Places in Connection Therewith; and (E) Granting Related Relief (D.I. 123, Entered 5/1/19);

b.      Notice of Proposed Sale of All or Substantially All of the Debtor's Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto (D.I. 126, Filed 5/2/19);

c.      Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 192, Filed 5/17/19);

d.      Notice of Revised Bid Deadline (D.I. 222, Filed 5/28/19);

e.      Order Approving the Stipulation and Amending the Bidding Procedures Order and Interim DIP Orders (D.I. 245, Entered 6/3/19);

f.      Notice of Completion of Auction and Selection of Successful Bidders (D.I. 266, Filed 6/13/19);

g.      Notice of Second Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 274, Filed 6/14/19);

h.      Notice of Completion of C-Scape Auction and Selection of Successful Bidder (D.I. 285, Filed 6/18/19);

i.      Declaration of Deep Sagar Pursuant to Section 365(f)(2)(B) of the Bankruptcy Code (Filed by Cipla USA, Inc.)  (D.I. 289, Filed 6/21/19);

j.      Notice of Third Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 291, Filed 6/22/19);

k.      Notice of Filing of (I) Cipla Sale Agreements and (II) Unity Sale Agreement (D.I. 292, Filed 6/22/19);

l.      Declaration of James S. Cassel, Chairman of Cassel Salpeter & Co., LLC, in Support of the (I) Sale of Certain Assets of the Debtor to Cipla USA Inc., Heritage Global Partners, Inc. and Unity Biotechnology, Inc. and (II) Entry of the Sale Order (D.I. 294, Filed 6/22/19);

m.      Declaration of Blake Wise, Chief Executive Officer of Achaogen, Inc., in Support of the (I) Sale of Certain Assets of the Debtor to Cipla USA Inc., Heritage Global Partners, Inc. and Unity Biotechnology, Inc. and (II) Entry of the Sale Order (D.I. 295, Filed 6/22/19);

n.      Order (I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Encumbrances, Claims and Interests, and (II) Granting Related Relief (D.I. 309, Entered 6/26/19);

o.      Order (I) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Encumbrances, Claims and Interests, and (II) Granting Related Relief (D.I. 327, Entered 7/1/19);

p.      Notice of Fourth Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 331, Filed 7/2/19);

q.      Notice of Filing Transitional Services Agreement (D.I. 360, Filed 7/19/19);

r.      Notice of Fifth Supplemental Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases (D.I. 359, Filed 7/19/19);

s.      Notice of Filing of Revised Schedule 5.11(A) to the Cipla Plazomicin Sale Agreement (D.I. 362, Filed 7/19/19); and

t.      Order (I) Approving the Sale of Certain Assets of the Debtor To Cipla USA Inc. Free and Clear of Liens, Encumbrances, Claims and Interests, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (D.I. 371, Entered 7/23/19).

Status:  **The status conference with respect to the sale of C-Scape and the China License Rights is no longer going forward.**

| | |
|---|---|
| Dated: August 6, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/      Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 658-3989<br>dabbott@mnat.com<br>aremming@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>- and -<br><br>Richard L. Wynne (CA 120349) *admitted pro hac vice*<br>Erin N. Brady (CA 215038) *admitted pro hac vice*<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>richard.wynne@hoganlovells.com<br>erin.brady@hoganlovells.com<br><br>- and - |

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*