**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS)<br><br>**Re: D.I. 438** |

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE
EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY
FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code: (i) extending the period during which the Debtor has the exclusive right to file a plan by four months through and including December 13, 2019, and (ii) extending the period during which the Debtor has the exclusive right to solicit acceptances thereof by approximately four months through and including February 14, 2020; and upon the record in this case; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may file a plan under section 1121(b) of the Bankruptcy Code is extended through and including **December 13, 2019**.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, California 94104-5401.

[2] Capitalized terms not defined herein are defined in the Motion.

-2-

      3.      Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may solicit acceptances to any proposed plan under section 1121(c)(3) of the Bankruptcy Code is extended through and including **February 14, 2020**.

      4.      This Order is without prejudice to the Debtor's right to seek further extensions of the Exclusive Periods.

      5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: August 29th, 2019 Wilmington, Delaware**

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE