**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Achaogen, Inc.,[1] | ) ) | Case No. 19-10844 (BLS) |
| Debtor. | ) ) ) | (Jointly Administered) |

**NOTICE OF CHANGE IN CERTAIN HOURLY RATES FOR
KLEHR HARRISON HARVEY BRANZBURG LLP**

**PLEASE TAKE NOTICE** that, on June 14, 2019, the Bankruptcy Court for the District of Delaware entered the *Order Pursuant to 11 U.S.C. § 1103(a) Authorizing and Approving the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 23, 2019* [Docket No. 270] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Klehr Harrison Harvey Branzburg LLP, co-counsel to the official committee of unsecured creditors of the above-captioned debtors and debtors in possession, hereby provides notice of the following revised hourly rates, effective November 1, 2019:

| **Timekeeper Category** | **Hourly Rate Range** |
|---|---|
| Associates | $275.00 to $445.00 |

Dated: October 9, 2019
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193

*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The mailing address for the Debtor for purposes of this chapter 11 case is 1 Tower Place, Suite 400 South, San Francisco, California 94080.

PHIL1 8271532v.1