**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>            Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 31, 2019 AT 10:30 A.M. (EASTERN TIME)

MATTER GOING FORWARD

1.  Debtor's Motion for an Order (I) Approving the Debtor's Entry into the Letter of Intent with XuanZhu (HK) Biopharmaceutical Limited, (II) Authorizing the Debtor and XuanZhu to Perform Their Obligations Thereunder, Including the Breakup Fee and Expense Reimbursement and (III) Granting Related Relief (D.I. 504, Filed 10/22/19).

    Objection Deadline:  October 29, 2019 at 12:00 p.m. (ET).  Extended to October 30, 2019 at 12:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    a)   Informal comments from the U.S. Trustee; and

    b)   Response of Cipla USA Inc. to Debtor's Motion for Approval of Letter of Intent with XuanZhu (HK) Biopharmaceutical Limited and Granting Related Relief (D.I. 508, Filed 10/29/19).

    Related Pleadings:

    a)   Order Shortening Notice of Debtor's Motion for an Order (I) Approving the Debtor's Entry into the Letter of Intent with XuanZhu (HK) Biopharmaceutical Limited, (II) Authorizing the Debtor and XuanZhu to Perform Their Obligations Thereunder, Including the Breakup Fee and Expense Reimbursement and (III) Granting Related Relief (D.I. 506, Entered 10/23/19).

    Status:  This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, CA 94104-5410.

| | |
|---|---|
| Dated: October 29, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbott@mnat.com
aremming@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

- and –

Richard L. Wynne (CA 120349) *admitted pro hac vice*
Erin N. Brady (CA 215038) *admitted pro hac vice*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and –

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*