# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Achaogen, Inc. | Case No. 19-10844 (BLS) |
| Debtor.[1] | Re: D.I. 504, 516 & 531 |

## ORDER FURTHER AMENDING THE ORDER
## (I) APPROVING THE DEBTOR'S ENTRY INTO THE LETTER
## OF INTENT WITH XUANZHU (HK) BIOPHARMACEUTICAL LIMITED,
## (II) AUTHORIZING THE DEBTOR AND XUANZHU TO PERFORM THEIR
## OBLIGATIONS THEREUNDER, INCLUDING THE BREAKUP FEE AND
## EXPENSE REIMBURSEMENT AND (III) GRANTING RELATED RELIEF

Upon the *Certification of Counsel Regarding the Order (I) Approving the Debtor's Entry into the Letter of Intent with XuanZhu (HK) Biopharmaceutical Limited, (II) Authorizing the Debtor and XuanZhu to Perform their Obligations Thereunder, Including the Breakup Fee and Expense Reimbursement and (III) Granting Related Relief*;

WHEREAS, on October 31, 2019, the Court entered the *Order (I) Approving the Debtor's Entry into the Letter of Intent with XuanZhu (HK) Biopharmaceutical Limited, (II) Authorizing the Debtor and XuanZhu to Perform their Obligations Thereunder, Including the Breakup Fee and Expense Reimbursement and (III) Granting Related Relief* (D.I. 516) (the "LOI Order")[2];

WHEREAS, following entry of the LOI Order, the Debtor and XuanZhu (HK) Biopharmaceutical Limited ("XuanZhu") agreed to an amendment to that certain letter of intent

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, California 94104-5401.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the LOI Order.

dated October 15, 2019, as amended by the LOI Order (the "LOI"), for XuanZhu's proposed transactions regarding the Debtor's Licensed IP (as defined in the LOI);

WHEREAS, on November 26, 2019, the Court entered the *Order Amending the Order (I) Approving the Debtor's Entry into the Letter of Intent with Xuanzhu (HK) Biopharmaceutical Limited, (II) Authorizing the Debtor and Xuanzhu to Perform Their Obligations Thereunder, Including the Breakup Fee and Expense Reimbursement and (III) Granting Related Relief* (D.I. 531) (the "Amended LOI Order"); and

WHEREAS, the Debtor and XuanZhu are continuing to negotiate, in good faith, the terms and conditions of a definitive agreement and related documentation to memorialize the transaction, subject to approval of this Court after further notice and hearing, and wish to further extend the duration of certain terms in the LOI in connection with the continuing negotiations between the parties and the submission of the documents to the Court, a process that will require additional time beyond the end of the Diligence Period set in the LOI (as amended by the Amended LOI Order).

**IT IS HEREBY ORDERED THAT:**

1.    Notwithstanding anything to the contrary in the LOI Order or the LOI, the fourth sentence of Section 7(b) of the LOI is amended and restated to read in its entirety as follows:

> "If a Definitive Agreement is not entered into by January 10, 2019, the Initial Deposit shall be immediately returned to XuanZhu in full without any reduction, and the parties shall have no further rights or obligations to one another, unless the Transaction Procedures Order has been entered and XuanZhu is entitled to the Expense Reimbursement and the Break-Up Fee in connection with an Alternative Transaction Agreement under the terms of Paragraph 7(a)."

2. Notwithstanding anything to the contrary in the LOI Order or the LOI, the second sentence of Section 7(c) of the LOI is amended and restated to read in its entirety as follows:

> "As used herein, the term "**Diligence Period**" means the period commencing on the date of this letter agreement and ending on the earliest of (i) January 10, 2020, (ii) the date XuanZhu delivers a Transaction Termination Notice to Achaogen and (iii) the date the Bankruptcy Court denies the Approval Order. The date on which the Diligence Period expires or terminates is referred to herein as the "**Diligence Ending Date**".

3. All of the terms, conditions and provisions of the LOI Order and the LOI shall remain in full force and effect pursuant to the LOI Order, except to the extent expressly modified in paragraphs 1 and 2 of this Order.

4. The prior amendments to the LOI granted under the Amended LOI Order are hereby deemed automatically extended through the date hereof.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 19th, 2019
Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE