IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS)<br><br>**Re: D.I. 555** |

**ORDER SHORTENING NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF THE CHINA PURCHASED ASSETS OF THE DEBTOR TO XUANZHU (HK) BIOPHARMACEUTICAL LIMITED FREE AND CLEAR OF LIENS, ENCUMBRANCES, CLAIMS AND INTERESTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the Debtor for entry of an order shortening notice of the *Debtor's Motion for Entry of an Order (I) Approving the Sale of the China Purchased Assets of the Debtor to Xuanzhu (HK) Biopharmaceutical Limited Free and Clear of Liens, Encumbrances, Claims and Interests and (II) Granting Related Relief* (the "Sale Motion"); and the Court having reviewed the Motion to Shorten and the Sale Motion; this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and having found that the relief requested in the Motion to Shorten is justified under the circumstances,

**IT IS HEREBY ORDERED** that:

1. The Motion to Shorten is GRANTED as set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, California 94104-5401.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2. The Sale Motion will be considered at a hearing scheduled for **January 9, 2020 at 10:30 a.m. (ET)**.

3. Objections, if any, to the relief requested in the Sale Motion must be filed and served so as to be received by no later than **January 7, 2020 at 12:00 p.m. (ET)**.

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: December 30, 2019
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE