**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Achaogen, Inc.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 9, 2020 AT 10:30 A.M. (EASTERN TIME)[2]

MATTER GOING FORWARD

1. Motion for Entry of an Order (I) Approving the Sale of the China Purchased Assets of the Debtor to Xuanzhu (HK) Biopharmaceutical Limited Free and Clear of Liens, Encumbrances, Claims and Interests and (II) Granting Related Relief (D.I. 550, Filed 12/29/19).

   Objection Deadline:  January 7, 2020 at 12:00 p.m. (ET).

   Responses Received:

   a) Informal comments from the Department of Health and Human Services;

   b) Informal comments from John Innes Centre (JIC);

   c) Informal comments from Jeanne Wyshak;

   d) Informal comments from Minnesota Board of Pharmacy; and

   e) Informal comments from BioIVT, LLC.

   Related Pleadings:

   a) Declaration of James S. Cassel, Chairman of Cassel Salpeter & Co., LLC, in Support of the (I) Sale of the China Purchased Assets to Xuanzhu (HK) Biopharmaceutical Limited and (II) Entry of the Sale Order (D.I. 552, Filed 12/29/19);

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, CA 94104-5410.

[2] Any party wishing to attend telephonically is required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 10:30 a.m. (ET) on January 8, 2020.

| | |
|---|---|
| b) | Declaration of Nicholas K. Campbell, Chief Restructuring Officer of the Debtor, in Support of the (I) Sale of the China Purchased Assets of the Debtor to Xuanzhu (HK) Biopharmaceutical Limited and (II) Entry of the Sale Order (D.I. 553, Filed 12/29/19); |
| c) | Declaration of Leslie Boyd, Jr., Ph.D., in Support of Entry of Order Approving Sale of Debtor's Assets to Xuanzhu (HK) Biopharmaceutical Limited. (D.I. 554, Filed 12/29/19); and |
| d) | Order Shortening Notice of Debtor's Motion for Entry of an Order (I) Approving the Sale of the China Purchased Assets of the Debtor to Xuanzhu (HK) Biopharmaceutical Limited Free and Clear of Liens, Encumbrances, Claims and Interests and (II) Granting Related Relief (D.I. 556, Entered 12/30/19). |

Status:  This matter is going forward.

Dated:  January 7, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbott@mnat.com
aremming@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

- and –

Richard L. Wynne (CA 120349) *admitted pro hac vice*
Erin N. Brady (CA 215038) *admitted pro hac vice*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and –

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*