# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

Achaogen, Inc.  
Debtor

Case No. 19-10844 (BLS)  
Reporting Period: December 1, 2019 - December 31, 2019

## MONTHLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | Certification Attached |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | | Certification Attached |
|    Cash disbursements journals | | | | Certification Attached |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post-Petition Taxes | MOR-4 | X | | Certification Attached |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | Certification Attached |
| Summary of Unpaid Post-Petition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Nicholas K Campbell          2/6/2020

Signature of Authorized Individual*          Date

Nicholas K Campbell          Chief Restructuring Officer

Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Achaogen, Inc. | Case No. 19-10844 (BLS) |
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

**Certification Regarding Post-Petition Bank Account**
**Reconciliation, Cash Disbursements Journals, and**
**Compliance and Payment of Post-Petition Taxes**

I, Nicholas K Campbell, Chief Restructuring Officer, of Achaogen, Inc. (the "Debtor") hereby certify the following:

1. Attached to MOR-1a is a listing of the Debtor's bank accounts, by account number, and the closing balances. These accounts are reconciled monthly in accordance with the Debtor's ordinary course accounting practices and are available to the United States Trustee upon request.

2. Cash disbursement journals are maintained in accordance with the Debtor's ordinary course accounting practices and are available to the United States Trustee upon request.

3. The Debtor has $153k of outstanding property taxes, due 7/31/19, that the Debtor is disputing. Appeal hearing date scheduled for March 19, 2020.

4. Debtor was granted an extension to file 2018 tax returns.

/s/ Nicholas K Campbell                                    2/6/2020
_____                _____

Nicholas K Campbell                                         Date
Chief Restructuring Officer

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**Achaogen, Inc.**  Case No. 19-10844 (BLS)
**Debtor**  Reporting Period: December 1, 2019 - December 31, 2019

### Notes to Monthly Operating Report

**Debtor in Possession Financial Statements**
The financial statements and supplemental information presented in this Monthly Operating Report ("MOR") have been prepared using the Debtor's books and records solely to comply with the monthly reporting requirements under the United States Bankruptcy Code and those of the United States Trustee.

The financial statements and supplemental information presented herein are unaudited, preliminary in nature, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. These preliminary unaudited financial statements and other information represent the Debtor's good faith attempt to comply with the requirements of the United States Bankruptcy Code and those of the United States Trustee using the resources available. This information is limited in scope to the requirements of this report.

These preliminary unaudited financial statements have not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtor believes that the financial information could be subject to changes, which could be material. Certain totals may not sum due to rounding.

All related tax implications are not currently reflected in the preliminary unaudited financial statements herein. The financial impact of potential tax and other adjustments on the accompanying preliminary unaudited financial statements cannot be determined at this time.

There may be adjustments to the opening balance sheet as of April 15, 2019 that will impact these accompanying preliminary unaudited financial statements. ASC 805 permits a one-year measurement period in which the opening balance sheet can be adjusted if additional information becomes available.

**Liabilities Subject to Compromise**
As a result of the commencement of the Debtor's chapter 11 case, the payment of certain prepetition indebtedness of the Debtor is subject to compromise or other treatment under a plan of reorganization.

**Restructuring / Reorganization Items**
ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items includes write off of discount, premium, debt issuance costs, and derivatives associated with long-term debt, expenses related to legal advisory and representation services, other professional consulting and advisory services, estimates of claims allowed related to legal matters and rejected executory contracts and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

**Litigation**
The Debtor is subject to lawsuits and claims that arise out of its operations in the normal course of business.

Prior to the petition date, the Debtor was the defendant to various legal proceedings, described in detail in the most recent publicly filed financial statements, which are stayed during the course of the chapter 11 bankruptcy proceedings.

There are uncertainties inherent in any litigation and appeal and the Debtor cannot predict the outcome. At this time the Debtor is unable to estimate possible losses or ranges of losses that may result from such legal proceedings described in detail in the most recent publicly filed financial statements, and it has not accrued any amounts in connection with such legal proceedings in the financial statements herein, other than attorney's fees accrued prior to the petition date.

**Reservation of Rights**
Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

| Achaogen, Inc. | Case No. 19-10844 (BLS) |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

**MOR - 1**
*Consolidated Schedule of Cash Receipts and Disbursements*
*For the Period: December 1, 2019 - December 31, 2019*
*(Unaudited)*

| $ USD '000's | Dec 1 - Dec 31, 2019 | Cumulative Since Filing |
|---|---:|---:|
| **Beginning Cash Balance (GL)** | $ 2,021 | $ 1,436 |
| **Receipts** | | |
| Product | 55 | 479 |
| BARDA - C-Scape | - | 426 |
| Sub-lease Income | - | 1,415 |
| Asset Sales Receipts | 10 | 7,106 |
| Other | 15 | 969 |
| **Total Receipts** | **80** | **10,395** |
| **Operating Disbursements** | | |
| Salary, Wages, and Benefits | (25) | (3,557) |
| Technical Operations | - | (1,311) |
| Sales & Marketing | - | (767) |
| Development | - | (1,077) |
| Medical Affairs | - | (66) |
| C-Scape | - | (275) |
| Research | - | (75) |
| G&A - Facilities | - | (3,173) |
| G&A - IT | (0) | (729) |
| G&A - Finance and Accounting | (4) | (404) |
| G&A - Legal | - | (220) |
| G&A - Other | - | (542) |
| **Total Operating Disbursements** | **(29)** | **(12,196)** |
| *Operating Cash Flow* | *51* | *(1,802)* |
| **Bankruptcy / Reorganization Costs** | | |
| Professional Fees & UST | - | (10,277) |
| DIP Interest / Adequate Protection | - | (963) |
| Critical Vendor Payments | - | - |
| Utility Deposits | - | (395) |
| **Total Bankruptcy / Reorganization Costs** | **-** | **(11,635)** |
| **Total Disbursements** | **(29)** | **(23,831)** |
| **Net Cash Flow** | **51** | **(13,437)** |
| DIP Draw | - | 8,424 |
| **Ending Operating Cash Balance** | **2,072** | **(3,577)** |
| Carve Out | - | 5,254 |
| Utility Account | - | 395 |
| **Ending Cash Balance (GL)** | **$ 2,072** | **$ 2,072** |

| Achaogen, Inc. | | | | | | | | Case No. 19-10844 (BLS) |
|---|---|---|---|---|---|---|---|---|
| Debtor | | | | | | | | Reporting Period: December 1, 2019 - December 31, 2019 |

**MOR - 1a**
*Schedule of Bank Reconciliation*
*For the Period: December 1, 2019 - December 31, 2019*
*(Unaudited)*

| $ USD '000's | SVB Account # | GL Balance | Sweep Redemption | In Transit Deposit | Unrecord Disbursement | Other Recon items | Outstanding Checks/ACH | Bank Balance |
|---|---|---|---|---|---|---|---|---|
| SVB Operating Checking | 4224 | $ 1,484 | $ - | $ - | $ - | $ - | $ 25 | $ 1,510 |
| Cash Clearing | | (1,510) | - | - | - | - | - | (1,510) |
| Restricted Cash - Gates Grant | | - | - | - | - | - | - | - |
| Restricted Cash - Gates Equity | | - | - | - | - | - | - | - |
| Long Term Restricted Cash - Gates | | - | - | - | - | - | - | - |
| **Subtotal** | | **(25)** | **-** | **-** | **-** | **-** | **25** | **-** |
| | | | | | | | | |
| SVB - Carve-out | 3218 | 1,095 | - | - | - | - | - | 1,095 |
| SVB - Utilities | 3203 | 395 | - | - | - | - | - | 395 |
| SVB Cash Sweep Account | 3256 | 607 | - | - | - | - | - | 607 |
| Long Term Restricted Cash | 6905 | - | - | - | - | - | - | - |
| SVB AR Cash | 5720 | (0) | | | | 0 | | - |
| **Cash and cash equivalents** | | **2,072** | **-** | **-** | **-** | **0** | **25** | **2,097** |
| | | | | | | | | |
| Securities | | - | - | - | - | - | - | - |
| ST investment - SAM | | - | - | - | - | - | - | - |
| Cash Equivalent - FV adjustment | | - | - | - | - | - | - | - |
| ST investment - FV adjustment | | - | - | - | - | - | - | - |
| **Cash and cash equivalents and ST Invest** | | **$ 2,072** | **$ -** | **$ -** | **$ -** | **$ 0** | **$ 25** | **$ 2,097** |

Achaogen, Inc.  Case No. 19-10844 (BLS)
Debtor  Reporting Period: December 1, 2019 - December 31, 2019

**MOR - 1b**
*Schedule of Professional Fees and Expenses Paid*
*For the Period: December 1, 2019 - December 31, 2019*
*(Unaudited)*

| Payee | Category | Payor | Date | Period Covered | Month Ended 12/31/19 Fees | Month Ended 12/31/19 Expenses | Cumulative Since Filing Fees | Cumulative Since Filing Expenses |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total** | | | | | $ - | $ - | | |

**Achaogen, Inc.**  Case No.  19-10844 (BLS)
**Debtor**  Reporting Period:  December 1, 2019 - December 31, 2019

**MOR - 2**
*Statement of Operations*
*For the Period: December 1, 2019 - December 31, 2019*
*(Unaudited)*

| *$ USD '000's* | **December 1-31, 2019** | **Cumulative Since Filing** |
|---|---:|---:|
| **Revenues** | | |
| Product revenue, net | $ - | $ 239 |
| Contract revenue | - | 189 |
| **Total Revenues** | **-** | **428** |
| **Operating Expenses** | | |
| Cost of sales | - | 14 |
| Research and development | 60 | 4,988 |
| Selling, general and administrative | 551 | 13,409 |
| **Total Operating Expenses** | **611** | **18,411** |
| **Loss from operations** | **(611)** | **(17,983)** |
| Restructuring / Reorganization Costs | - | 2,223 |
| Interest and loan related expenses | - | (2,717) |
| Change in warrant and derivative liabilities | - | 10,912 |
| Other income (loss), net [1] | 37 | (9,261) |
| **Net income / (loss)** | **$ (574)** | **$ (16,826)** |

Notes:
(1) Other income (loss), net includes loss on sale of inventory and gain or loss on disposal of fixed assets.

| Achaogen, Inc. | Case No. 19-10844 (BLS) |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

**MOR - 3**
*Balance Sheet*
*(Unaudited)*

| $ USD '000's | As of April 15, 2019 | As of December 31, 2019 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
|   Cash and cash equivalents [1] | $ 729 | $ 2,072 |
|   Restricted cash | 169 | - |
|   Short-term investments | - | - |
|   Trade and contract receivables, net | 833 | 180 |
|   Inventory | 513 | - |
|   Assets held for sale | 481 | - |
|   Prepaids and other current assets | 3,726 | 384 |
| **Total current assets** | **6,451** | **2,636** |
| Non-current assets: | | |
|   Property and equipment, net | 2,336 | - |
|   Operating lease right-of-use assets | 8,371 | - |
|   Non-current restricted cash | 530 | - |
|   Non-current inventory | 11,274 | - |
|   Other long-term assets | 9,615 | 630 |
| **Total assets** | **$ 38,577** | **$ 3,266** |
| **Liabilities and stockholders' equity (deficit)** | | |
| Current liabilities: | | |
|   Accounts payable | $ 13,002 | $ 12,426 |
|   Accrued liabilities | 4,780 | 5,441 |
|   DIP loan | - | 8,424 |
|   Deferred revenue | - | - |
|   Warrant liability | 13,376 | 2,463 |
|   Operating lease liabilities | 18,497 | - |
|   Derivative liability | 978 | 978 |
| **Total liabilities not subject to compromise** | **50,633** | **29,732** |
| Total liabilities subject to compromise [2] | 15,000 | 15,000 |
| **Total liabilities** | **65,633** | **44,732** |
| **Stockholders' equity (deficit)** | | |
|   Common stock | 46 | 46 |
|   Preferred stock | - | - |
|   Additional paid-in-capital | 569,249 | 569,872 |
|   Accumulated deficit | (596,351) | (611,384) |
|   Accumulated other comprehensive loss | - | - |
| **Total stockholders' equity (deficit)** | **(27,056)** | **(41,466)** |
| **Total liabilities and stockholders' equity (deficit)** | **$ 38,577** | **$ 3,266** |

Notes:
(1) Includes utility and professional fee carve out account balances.
(2) Currently consists of pre-petition term loan outstanding balance.

| Achaogen, Inc. | Case No. 19-10844 (BLS) |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

## MOR - 4
### Status Post-Petition Taxes
### For the Period: December 1, 2019 - December 31, 2019
### (Unaudited)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of any tax returns filed during the reporting period.

*$ USD '000's*

| | Beg. Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Ending Tax Liability |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Withholding | $ - | $ 5 | $ 5 | 12/2019 | $ - |
| FICA-Employee | - | 1 | 1 | 12/2019 | - |
| FICA-Employer | - | - | - | | - |
| Unemployment | - | - | - | | - |
| Income | - | - | - | | - |
| Other: Medicare sur tax | - | - | - | | - |
| **Total Federal** | **-** | **6** | **6** | | **-** |
| **State and Local** | | | | | |
| Withholding | - | 1 | 1 | 12/2019 | - |
| Sales | - | - | - | | - |
| Excise | - | - | - | | - |
| Unemployment | - | - | - | | - |
| Real Property | - | - | - | | - |
| Personal Property | 153 | - | - | | 153 |
| Income | - | - | - | 12/2019 | - |
| Other: Disability Insurance | - | - | - | | - |
| **Total State and Local** | **153** | **1** | **1** | | **153** |
| **Total Taxes** | **$ 153** | **$ 7** | **$ 7** | | **$ 153** |

| Achaogen, Inc. | Case No. 19-10844 (BLS) |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

## MOR - 4
### Summary of Unpaid Post-Petition Accounts Payable
### As of December 31, 2019
### (Unaudited)

*$ USD '000's*

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| **Post-Petition Accounts Payable Aging** | **Current [2]** | **0-30** | **31-60** | **61-90** | **Over 90** | **Total** |
| Post-Petition Accounts Payable [1] | $ 716 | $ 20 | $ 13 | $ - | $ 171 | $ 920 |
| Total | $ 716 | $ 20 | $ 13 | $ - | $ 171 | $ 920 |

**Notes:**
(1) The amount represents post-petition trade payables recorded in Debtor's subledger.
(2) Includes supplier invoices received early for future services (i.e. subscription services).

| Achaogen, Inc. | Case No. 19-10844 (BLS) |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

**MOR - 5**
*Accounts Receivable Aging*
*As of December 31, 2019*
*(Unaudited)*

*$ USD '000s*

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 235 |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | (55) |
| - Amounts written-off as bad debt | | - |
| Total Accounts Receivable at the end of the reporting period | $ | **180** |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | 397 |
| Total Accounts Receivable | 397 |
| Amount considered uncollectible (Bad Debt) | (217) |
| **Accounts Receivable (Net)** | $ **180** |

**Debtor Questionnaire**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | X | |
| The Debtor sold Early Research Assets (as defined per purchase agreement) to Revagenix Inc for $10,000. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |