## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Achaogen, Inc. | Case No. 19-10844 (BLS) |
| Debtor.[1] | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 12, 2020 AT 10:30 A.M. (EASTERN TIME)

RESOLVED MATTERS

1. Debtor's Motion for Entry of an Order Authorizing Dissolution of Non-Debtor Foreign Subsidiaries Pursuant to Section 363(b) of the Bankruptcy Code (D.I. 562, Filed 1/2/20).

    Objection Deadline: January 16, 2020 at 12:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Authorizing Dissolution of Non-Debtor Foreign Subsidiaries Pursuant to Section 363(b) of the Bankruptcy Code (D.I. 590, Filed 1/31/20); and

    b) Order Authorizing Dissolution of Non-Debtor Foreign Subsidiaries Pursuant to Section 363(b) of the Bankruptcy Code (D.I. 592, Entered 2/3/20).

    Status: An order has been signed. No hearing is necessary.

MATTERS GOING FORWARD

2. [SEALED] Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 577, Filed 1/21/20).

    Objection Deadline: February 4, 2020 at 4:00 p.m. (ET).

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The Debtor's mailing address for purposes of this Chapter 11 Case is 548 Market Street, #70987, San Francisco, CA 94104-5410.

Responses Received:

a)     Cipla USA Inc.'s (I) Objection to Debtor's Motion to File Under Seal Portions of Exhibit B to the Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co., and (II) Request to Defer a Decision on the Debtor's Motion to Approve the Settlement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 593, Filed 2/4/20).

Related Pleadings:

a)     [REDACTED] Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 578, Filed 1/21/20); and

b)     Motion for Leave to File Debtor's Reply to Cipla USA Inc.'s (I) Objection to Debtor's Motion to File Under Seal Portions of Exhibit B to the Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmacuetical Co., and (II) Request to Defer a Decision on the Debtor's Motion to Approve the Settlement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 600, Filed 2/10/20).

Status:  This matter is going forward.

3.     Motion to File Under Seal Portions of Exhibit B to the Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 579, Filed 1/21/20).

Objection Deadline:  February 4, 2020 4:00 p.m. (ET).

Responses Received:

a)     Cipla USA Inc.'s (I) Objection to Debtor's Motion to File Under Seal Portions of Exhibit B to the Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co., and (II) Request to Defer a Decision on the Debtor's Motion to Approve the Settlement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 593, Filed 2/4/20).

Related Pleadings:

a) [SEALED] Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 577, Filed 1/21/20);

b) [REDACTED] Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 578, Filed 1/21/20); and

c) Motion for Leave to File Debtor's Reply to Cipla USA Inc.'s (I) Objection to Debtor's Motion to File Under Seal Portions of Exhibit B to the Debtor's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Agreement Between the Debtor and Qilu Antibiotics Pharmacuetical Co., and (II) Request to Defer a Decision on the Debtor's Motion to Approve the Settlement Between the Debtor and Qilu Antibiotics Pharmaceutical Co. (D.I. 600, Filed 2/10/20).

Status:  This matter is going forward.

Dated: February 10, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbott@mnat.com
aremming@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

- and –

Richard L. Wynne (CA 120349) *admitted pro hac vice*
Erin N. Brady (CA 215038) *admitted pro hac vice*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
richard.wynne@hoganlovells.com
erin.brady@hoganlovells.com

- and –

Christopher R. Bryant (NY 3934973) *admitted pro hac vice*
John D. Beck (TX 24073898) *admitted pro hac vice*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*