# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |
| Edward E. Neiger, not individually but as Plan Trustee of the Achaogen Plan Trust,<br><br>               Plaintiff<br><br>                v.<br><br>Cipla USA Inc.,<br><br>               Defendant. | Adv. Pro. No. 21-50479 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JULY 25, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE BRENDAN L. SHANNON, U.S. BANKRUPTCY
<u>COURT FOR THE DISTRICT OF DELAWARE</u>**

> **This proceeding will be conducted remotely via Zoom.
> Please refer to Judge Shannon's Chambers Procedures
> (https://www.deb.uscourts.gov/content/judge-brendan-l-shannon) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed
> participation (video or audio), Judge Shannon's expectations of remote participants, and the
> advance registration requirements. Registration is required by two-hours prior to the hearing
> unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## <u>MATTER GOING FORWARD</u>

1. Motion for Partial Summary Judgment as to Liability filed by Cipla USA, Inc. (Filed February 15, 2024) [Adv. Docket No. 38]

    Related Documents:

---

[1] The last four digits of Achaogen's federal tax identification number are 3693. The last four digits of the Achaogen Plan Trust's tax identification number are 4172.

| | (a) | Memorandum of Law in Support of Cipla's Motion for Partial Summary Judgment as to Liability (Filed February 15, 2024) [Adv. Docket No. 39] |
|---|---|---|
| | (b) | Request for Oral Argument Filed by Edward E. Neiger (Filed May 8, 2024) [Adv. Docket No. 48] |
| | (c) | Request for Oral Argument Filed by Cipla USA Inc. (Filed May 9, 2024) [Adv. Docket No. 49] |
| | (d) | Notice of Completion of Briefing Regarding Cipla USA, Inc.'s Motion for Partial Summary Judgment as to Liability (Filed May 9, 2024) [Adv. Docket No. 50] |

Response Deadline: February 29, 2024 at 4:00 p.m. (ET)

Responses Received:

| | (a) | Plaintiff's Response in Opposition to Motion for Partial Summary Judgment as to Liability Filed by Cipla USA, Inc. (Filed February 15, 2024) [Adv. Docket No. 40] |
|---|---|---|
| | (b) | Plaintiff's Memorandum of Law in Opposition to Motion for Partial Summary Judgment as to Liability Filed by Cipla USA Inc. (Filed February 15, 2024) [Adv. Docket No. 41] |
| | (c) | Reply Brief in Support of Cipla's Motion for Partial Summary Judgment as to Liability (Filed April 8, 2024) [Adv. Docket No. 44] |

Status: This matter is going forward.

2. Motion to Strike Portions of the Reply or, Alternatively, for Leave to File Sur-Reply to the Reply Brief in Support of Cipla's Motion for Partial Summary Judgment (Filed April 17, 2024) [Adv. Docket No. 45]

Related Documents:

| | (a) | Request for Oral Argument Filed by Edward E. Neiger (Filed May 8, 2024) [Adv. Docket No. 48] |
|---|---|---|
| | (b) | Request for Oral Argument Filed by Cipla USA Inc. (Filed May 9, 2024) [Adv. Docket No. 49] |

Response Deadline: May 1, 2024 at 4:00 p.m. (ET)

Responses Received:

| | (a) | Cipla's Opposition to Plaintiff's Motion to Strike (Filed May 1, 2024) [Adv. Docket No. 46] |
|---|---|---|

(b) Reply in Support of Motion to Strike Portions of the Reply or, Alternatively, for Leave to File Sur-Reply to the Reply Brief in Support of Cipla's Motion for Partial Summary Judgment (Filed May 8, 2024) [Adv. Docket No. 47]

Status: This matter is going forward.

Dated: July 23, 2024
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Andrew J. Roth-Moore*
Justin R. Alberto (No. 5126)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Ave., Ste. 1410
Wilmington Delaware 19801
Telephone: (302) 652-3131
Email: jalberto@coleschotz.com
aroth-moore@coleshotz.com

- and -

Nicholas C. Brown, NC SBN 038054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: nbrown@askllp.com

- and -

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Achaogen Plan Trustee*